IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01107-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JAN B. HAMILTON,

    Plaintiff,

v.

JUDGE JAMES B. BOYD,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Jan B. Hamilton, is detained in the Pitkin County Jail in Aspen, Colorado.  Ms. Hamilton initiated this action on May 26, 2015, by filing a "Complaint" (ECF No. 1) pursuant to 42 U.S.C. § 1983.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  _X_   is not submitted
(2)  ___   is not on correct form
(3)  ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information
(6)  ___   is missing authorization to calculate and disburse filing fee payments
(7)  ___   is missing an original signature by the prisoner

(8)  __  is not on proper form
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_  other: Plaintiff may pay the $400 filing fee in full, in lieu of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) _X_  is not on proper form (must use court-approved Prisoner Complaint form)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. __
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __  other:

Accordingly, it is

    **ORDERED** that if Plaintiff desires to proceed with this action at this time she shall cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

    **FURTHER ORDERED** that Plaintiff shall obtain a copy of the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the Court-approved forms in curing the deficiencies. It is

    **FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED May 29, 2015, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Gordon P. Gallagher
                                    United States Magistrate Judge