IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01107-CBS

JAN B. HAMILTON,

    Plaintiff,

v.

JUDGE JAMES B. BOYD,

    Defendant.

ORDER

This matter is before the Court on several pending motions filed, *pro se*, by Plaintiff Jan Hamilton, who is detained in the Park County Detention Facility in Fairplay, Colorado.

On June 29, 2015, the Court entered an Order denying Plaintiff's request for the appointment of counsel (ECF No. 12) as premature.  (ECF No. 14).   Accordingly, Ms. Hamilton's additional requests for the appointment of counsel, filed in ECF Nos.  8, 17 and 25, will be denied as moot.

Ms. Hamilton has also filed several motions for leave to proceed in this action pursuant to the federal *in forma pauperis* statute, 28 U.S.C. § 1915 (*see* ECF Nos. 7, 15, and 16).  Those motions will also be denied as moot because Plaintiff paid the $400.00 filing fee on July 6, 2015.  (ECF No. 21).

Plaintiff's "Motion for Contempt of Court Rule 4.1" (ECF No. 24), filed on July 15, 2015, will be denied.  If Plaintiff intends to assert a constitutional claim concerning interference with her outgoing mail by law enforcement officers, she must raise the claim in a Complaint filed on the court-approved form.

On May 29, 2015, the Court ordered Plaintiff to submit her claims on the court-approved Prisoner Complaint form. (ECF No. 3). Copies of the court-approved forms were mailed to Plaintiff on June 16, 2015. (*See* ECF No. 11). Ms. Hamilton has been granted an extension of time, until July 29, 2015, to comply with the May 29, 2015 Order. (ECF No. 14).

The Court has made clear that counsel will not be appointed for Plaintiff in this action at this time. Plaintiff will be afforded one brief additional opportunity to submit her claims on the court-approved Prisoner Complaint form, in compliance with the May 29 and June 29 Orders. Accordingly, it is

ORDERED that Plaintiff's requests for the appointment of counsel and for leave to proceed *in forma pauperis*, filed in ECF Nos. 7, 8, 15, 16, 17, and 25 are DENIED as moot for the reasons stated in this Order. It is

FURTHER ORDERED that Plaintiff's "Motion for Contempt of Court Rule 4.1" (ECF No. 24), filed on July 15, 2015, is DENIED. It is

FURTHER ORDERED that Plaintiff shall submit her claims on the court-approved Prisoner Complaint form, in compliance with the May 29 and June 29 Orders, **within twenty (20) days** from the date of this Order. Failure to comply will result in dismissal of this action without further notice.

DATED July 20, 2015, at Denver, Colorado.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge