Dear Jeffery and Staff, July 22, 2015

As you can imagine I wish I was at home with a computer and printer so that I could meet all the requirements of Rule 8 and formatting standards.

I have done my best to provide the essential elements ordered by Magistrate Shaffer.

You will see the following:

(1) Concise Statement
Section A (2) Affidavit to Show Cause for Ct. Appointed Atty.
Section B (3) Merits of the Claims: Nature of Factual Issues
Section C (4) Explanation of what each Defendant Did
Section D (5) Claims for Relief
Section E (6) Federal Rules of Civil Procedure that Apply
Section F (7) Evidence of No Immunity of Governmental Employees
(8) Summary with Signature

Please write me to let me know that you recieved this since I have no electronic viewing available in jail.

I am very grateful to you and your entire staff for your hard work and dedication to the pursuit of justice.

God Bless, Jan Hamilton, Box 915,
Park County Jail, Fairplay, Co. 80440 719-836-4310 (phone)