IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01107-CBS

JAN B. HAMILTON,

    Plaintiff,

v.

JAMES B. BOYD, Judge, *et al.*,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    On August 6, 2015, the Court directed Ms. Hamilton to file an Amended Complaint within 30 days.  (ECF No. 47).  Ms. Hamilton has now filed a Motion to Appoint Investigator (ECF No. 50), a Motion for Summons to be Made (ECF No. 51), a Motion for Court Appointed Attorney (ECF No. 52), and a "Motion to Reconsider Contempt of Court on Jeff Fain and Don Bird & Sara Roush" (ECF No. 53).  The motions are all DENIED for the reasons discussed in previous court orders.

    Ms. Hamilton is advised again that this case is in preliminary review proceedings.  *See* D.C.COLO.LCivR 8.1(b) and (c).  The Court will not reconsider appointing counsel in this action or serve any Defendants unless and until some or all of this case is drawn to a presiding judge, following review of the Amended Complaint Ms. Hamilton must file by September 8, 2015.

    Ms. Hamilton is warned that if she fails to file an Amended Complaint in compliance with the August 6 Order by the court-ordered deadline, or demonstrate good cause for an extension of that deadline, this action will be dismissed without further notice.

Dated:  August 13, 2015