IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01107-CBS

JAN B. HAMILTON,

    Plaintiff,

v.

JAMES B. BOYD, Judge, *et al.*,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    On August 20, 2015, Ms. Hamilton filed a "Petition of Clarification" (ECF No. 61). The Petition is granted, in part, as follows, and is otherwise denied. Plaintiff has not been granted leave to proceed *in forma pauperis* in this action because she paid the $400.00 filing fee on July 6, 2015. The Court denied her IFP motions as moot on July 20, 2015 (*see* ECF No. 27). To the extent Plaintiff believes that she is being denied her constitutional right of access to the Courts, she should include the claim in her Amended Application, which is due on **September 8, 2015** (*see* ECF No. 47). Plaintiff's current pending cases are as follows:

    15-cv-01107-CBS:  42 U.S.C. § 1983 action (civil rights)
    15-cv-01691-GPG:  28 U.S.C. § 2254 (habeas)
    15-cv-01791-GPG:  28 U.S.C. § 2254 (habeas)
    15-cv-01792-GPG:  28 U.S.C. § 2254 (habeas)

    Ms. Hamilton is reminded that any document she files with this Court must include the correct Civil Action Number at the top of the pleading.

Dated:  August 24, 2015