IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01107-CBS

JAN B. HAMILTON,

    Plaintiff,

v.

JAMES B. BOYD, Judge, *et al.*,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    Plaintiff's "Motion to Plead for Court Appointed Attny in Habeas Corpus Petition Case 14M143" (ECF No. 60), filed on August 20, 2015, is DENIED without prejudice as filed inappropriately in this civil rights action.

    Plaintiff's "Motion for Change of Judge in Designated Cases" (ECF No. 66) is DENIED without prejudice as filed inappropriately in this action.  Plaintiff may re-file her motion in one or more of her pending habeas corpus cases (15-cv-01691-GPG, 15-cv-01791-GPG, 15-cv-01792-GPG, 15-cv-01879-GPG, and 15-cv-01882-GPG).

    Ms. Hamilton is reminded that any document she files with this Court must include the correct Civil Action Number at the top of the pleading.

Dated:  September 1, 2015