*Judge Ely's Copy*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **1:15-cv-01107**

(To be supplied by the court)

_Jan B. Hamilton_ , Plaintiff,

v.

_Judge James B. Boyd_ ,

_Judge Paul Metzger_ ,

_Judge Erin Ely_ ,

_Judge John Petosky_ ,

_Judge Denise Lynch_ ,

_Judge Frank Plaut_ ,

_Jailer, Don Bird_ ,

_Asst. Jailer Sarah Roush_ , Defendant(s). *see attached pages*

(List each named defendant on a separate line.)

---

### PRISONER COMPLAINT

---

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 3 2015

JEFFREY P. COLWELL
CLERK

(Rev. 1/30/07)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01107-CBS

JAN B. HAMILTON,

      Plaintiff,

v.

JAMES B. BOYD, Judge,
PAUL METZGER, Judge,
ERIN ELY, Judge,
JOHN PETOSKY, Judge,
DENISE LYNCH, Judge,
FRANK PLAUT, Judge,
DON BIRD, Jailer,
SARAH ROUSH, Asst. Jailer,
LEE LEIBMANN, *deputy*
BEVERLY CAMPBELL, *deputy*
DEBORAH KENDRICKS, *deputy*
FIERRA KEANNIAN, *deputy*
BEN LEGALL, *deputy*
NICHOLAS FIERRA, *deputy*
MATT FORESTER, *deputy*
JOE DISOLVA, *Sheriff*
JON PEACOCK, *County Mgr.*
COUNTY COMMISSIONERS,
RICHARD PRYOR, *APD Chief*
BILL LINN, *Asst. APD Chief*
JEFF FAIN, *Detective APD*
DAN DAVIS, *APD Sgt.*
MIKE TRACEY, *APD Sgt.*
LINDA CONSUEGRA, *Asst. Chief APD*
CHIP SEAMAN, *Sgt. APD*
KURT WHEATLY, *APD*
ADAM LONDON, *APD*
JIM CROWLEY, *Private Investigator*
LEON MURRAY, *Retired APD*
JIM TRUE, City Atty.,
LAURA KOENIG, *Public Defender*
TINA FANG,
MATT MORRIS,
SHERRY CALOIA, D.A.,
PETER BEYEL, *Deputy DA*
*Andrea Bryan, Deputy, D.A.*

*Justices of the Supreme Court of Colorado*
*Justices of the Colo. Court of Appeals*
*Cynthia Coffman, Atty General*
*Judge Frank Gannet (Eagle)*
*Judge Kenneth Plotz, Judge — Bauldin*
*Cathie Wortner, R.N. Jail Nurse*
*David Borchers, M.D., Jail Physician*

*Colorado Board of Medicine*
*Judge Fredrick Gannett*
*Kevin Haepel, Atty.*
*Don Humphrey, Atty*

*Graham*
~~MICHAEL~~ JACKSON, *Deputy DA*
ARNOLD MORDKIM, *Defeated Deputy DA*
MARTIN BEESON, *Defeated DA*
JOE KRAEBACHER, *atty for 1st Baptist Case for Elders – appealed to Co Supreme*
SARA OATES, *atty for Ralph & Marian Melville, Carl & Katie Bergman court*
LEONARD OATES, *atty*          *Becky ayers, Paula Purschel,*
LAWSON WELLS, *atty for Blanca O'Leary –*
TOM SMITH, *APCHA atty*
JOHN STEVEN JOHNSTON, *Pro Hac Vice – Mississippi atty*
TOM MCCABE, *retired APCHA – evicted JBH*
CINDY TUCKER-DAVIS, *Aspen Country Inn, Sr. Housing Mgr. – evicted JBH*
CINDY CHRISTIAN, *asst, APCHA*
JOANNA GREEN, *Neighbor – Aspen Country Inn – Conspirator*
GAIL KING, M.D., *Refused medical care to lesbian JBH*
STEVE BARWICK, *City Mgr Aspen*
MIKE IRELAND, *former Mayor*
BECKY AYERS, *Nymphomania Aspen Valley Hospital volunteer, St Peters*
STEVE WOODROW, *Sr. Pastor, 1st Baptist/Crossroads*          *Episcopal Church*
DEREK BROWN, *Asst. Pastor, 1st Baptist/Crossroads*
DAN BOSKO, *Asst Pastor 1st Baptist/Crossroads Church*
*Blake –* BRUNHILDA SCHOFFLER *Conducted "Conversion Therapy" to be cured of being a*
*Appleby*          *Lesbian*
BILL HODGES, *atty for Pat Marquis, Betty Cipriano;*
BOARD OF ELDERS 1ST BAPTIST CHURCH, past and present, *– see Internet*
BOARD OF ELDERS CROSS ROADS CHURCH, past and present Aspen, *See Internet*
VESTRY CHRIST EPISCOPAL CHURCH, *– See Internet*
VESTRY OF ST. PETER'S EPISCOPAL CHURCH, Basalt, *See Internet*
BISHOP & STAFF DIOSES OF COLORADO,
ROB MCNIELL, *– Bishop – 1350 Washington St. Denver, Co 80203*
JONATHAN BRICE, *Rector, Christ Episcopal Church, Aspen, Co.*
SHARA BRICE, *wife of Rector, Aspen Co* *filed criminal charges 14M30 (15CV-30042)*
SHIRLEY TIPTON, *Vestry Christ Episcopal – filed criminal charges – filed criminal*
PETER WAANDERS, *– Director, Aspen Institute, Society of Fellows* *charges 14M143*
JENNIFER CAUSING, *his wife*
NICKOLAS VEESSEY, *Minister Aspen Chapel*
*Cynthia –* ADMINISTRATIVE COUNCIL, Aspen Chapel, *77 Meadowood Rd, Aspen, Co.*
*Bourault* CATHERINE ANN PROVINE, *Aspen Chapel- Spiritual Leader*
*associate* RECTOR OF ST. PAUL'S EPISCOPAL CHURCH, Basalt, *See Internet*
*Pastor* KATHARINE JEFFERTS SHERRITS, New York, U.S. Dioces, *Natl. Bishop*
EPISCOPAL CHURCH OF THE UNITED STATES,
BETH KRUELWITCH, *atty. for Aspen Chapel*
MIKE NICKERSON, Aspen Community Church, Aspen, *Minister*
ADMINISTRATIVE COUNCIL, COMMUNITY METHODIST, Aspen, *200 Bleeker St, Aspen, Co.*
MIKE JAHN, *Board of Ad Council - Methodist*
DON BIRD,          " " "
FONDA PATTERSON,          " "

*Mike ~~Mike~~ Kosdrosky- APCHA Mgr/Director*

BLANCA O'LEARY, *Chair Democratic Party - Banned JBH from caucuses*

PAUL CHESTER, *former property mgr. rental property on Cooper St.*

RALPH MELVILLE, *Homeopathic former Founder 1st Baptist - orchestrated arrest*

MARIAN MELVILLE, *His wife - deceased, kidnapped JBH tried to run over JBH with her car*

CRAIG MELVILLE, *son - Mgr. of Mtn. Chalet*

EMPLOYEES OF THE MOUNTAIN CHALET, *333 Durant St.*

CARL BERGMAN, *Owner of Miners Bldg & Carls Pharmacy*

ALL EMPLOYEES OF CARL'S PHARMACY, *100 Main St. Aspen Co 81611*

KATIE BERGMAN, *His wife - Conversion Therapy mandated in their home*

ALL EMPLOYEES OF THE MINER'S BUILDING, *115 Main St. Aspen Co 81611*

BETTY CIPRIANO, *Spy for church - reported Lesbian relationship between JBH*

PAM FISHER, *former landlord, 122    and Nancy Lee Noll*

JOHN FISHER, *Bed & Breakfast*

JILL WESTERLIND, *Homeopathic 1st Baptist Church, instigated arrest May 22, 2005*

DON WESTERLIND, *the 1st arrest of my life*

DAVID MASON, *Bd. of Elders, 1st Baptist / Crossroads Church*

RICK BORCHVEC, *Board of Elders, 1st Baptist Church*

LINDA DAVIS, - *Director of Women's Programs 1st Baptist Church*

DOUG ROVERA, M.D. Oncologist, *diagnosed NHL lymphoma & uterene cancers*

KIM SCHEUER, *M.D. refused medical care to Lesbian - violation of 15-0-4-510 City*

DEWAYNE NEIBER, *M.D.    1st Baptist homophobia defyance*

PAULA NIRCHEL, *Landlord - 300 #3 E Hopkins evicted when she learned JBH Lesbian*

CONSPIRATOR OF PAUL NIRCHEL, *- unidentified woman - placed "Pelicate Estate" on*

MACI MORRISS, *Chair of Flower donation Christ Episcopal Church door*

MEMBERS OF THE ELKS CLUB, *blocked Bell Crane and JBH from entering*

TRUSTEES & LIFE TRUSTEES, *Aspen Institute - 100 people - James Pickup has*

JAMES PICKUP, A.I. Atty., *addresses*

RICK CARROL, *Reporter, Aspen Times printed stalking false -*

ASPEN TIMES CORPORATE HEADQUARTERS, New York,

MONTVIEW MANOR, *Bd. of Directors Don Coe*

PAT HARPER, Administrator Montview Manor, *Sr. living - Steele St. Denver*

PAT MARQUIS, *agent - refused to show property*

SOTHEBY'S INT'L REAL ESTATE, *firm of Pat Marquis*

JENNIFER MCPHERSON, *Interim Director Civil Rights Commission Colorado DORA*

JOHNATHAN WINTERS, *Devision of Intake Civil Rights Commission - Colo. DORA*

BOARD OF MEDICINE, State of Colorado, - *Regulatory Agency - Imposed illegal injunction*

DON HUMPHREY, *Atty. disbarred, failed to represent JBH before*

MARIA WATERS, *Real Estate Commission, DORA Colorado*

ASPEN VALLEY HOSPITAL, *0401 Castle Creek Rd. - Didnt protect elderly patient JBH*

CYNTHIA COFFMAN, Atty. General Colorado, *Reglect to provide Judicial Review - Dismissed*

TIM STANISTWSKI, FBI, Glenwood Springs, CO, *Failed to investigate homophobia cases*

JIM COYLE, *Ex. Dir. Colo. Atty. Regulation Counsel*

WILLIAM CAMPBELL, *Executive Director Co. Bd. of Judicial Discipline*

LEONARD LAUDER, *Pres Aspen Institute at time of false arrest based upon Peter*

ANNE WELSH MCNULTY, and *Trustee AI    Walkers criminal arrest charges*

*Kevin Heupel -Atty. - Failed to represent JBH in Eagle County hearing and therefore injunction set by Administrative Judge Fred Barnes, representing Colo. Bd. of Medicine, will yellow Chapt. 12 - CRS protocols.*

*Aspen Institute (see attached sheet of names)*

**A. PARTIES**

1. Jan B. Hamilton, 0024384, Park County Jail,
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   Box 965, Fairplay, Co. 80440   719-836-4370
   nutritionalbiomedicine.com (website)

2. Judge James B. Boyd, 109 8th St. Garfield, Co.
   (Name, title, and address of first defendant)
   Courthouse, Glenwood Springs Co. 81601

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

   Canons 1-3  18 USC 245, Title VII Civil Rights Act 1964, 42 USC 1983,
   42 USC 3631, 18 USC, Canons 1, 2, 3 Bias and Prejudiced
                       249   Rule 1.2, 2.2, 2.3, 2.4, 2.6, 2.8, 2.10, 2.14,
   Canon Rule 3.6, 3.13, 3.15

3. Judge Paul Metzger 109 8th St. Garfield Co
   (Name, title, and address of second defendant)
   Courthouse Glenwood Springs, Co. 81601

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

   Canons 1-3  18 USC 245, Canons 2 & 3, 42 USC 1983,
   28 USC 1343, Civil Rights Act 1964, USC 249
   Rule 1: 1.2, Rule 2.2, 2.3, 2.4, 2.6, 2.8, 2.10, 2.14 Canon Rule 3.6
   3.13, 3.15.

4. Judge Erin Ely, 506 E. Main St., Pitkin Co.
   (Name, title, and address of third defendant)
   County Combined Courts, Aspen, Co. 81611

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

   Specifics
   of all Judges:
   Canon I      Case 08C13 in which Judge Ely with bias & prejudice
   Rule 1.2     against LGBT persons violated Canon I: failed to uphold
   Canon II     and promote the Independence, integrity and impartiality of the
   Rule 2.2     Judiciary, violated impropriety and appearance thereof.
   Rule 2.3 (If you are suing more than three defendants, use extra paper to provide the information
            requested above for each additional defendant. The information about additional defendants
   Religion,  should be labeled "A. PARTIES.")
   marital status, gender, sexual orientation, socioeconomic status compared to rich people in Aspen
   Rule 2.4 (Rev. 1/30/07)) A&C
            swayed by Religious Extremists "2 public clamor of fundamentalist "town father"
   Rule 2.6 (A) Transcripts reveal that pro se party was not ensured the right to be heard
       (B) Would not allow mediation or reconciliation between parties who accepted her for
       4 years before they learned that she and another woman were lovers. Accepted ExParte
   Rule 2.8 (B) Ordered invalid mental evaluation due to Lesbian lifestyle.  Communications

All Judges:

Ely    Rule 2.10 (A)(B) Made public statements regarding the civil cases filed by Dr. Jan Hamilton against "Religious Extremist" who threatened her life if she did not "forsa her Lesbian Life style," threatened arrest with current time served 2 years without trial on #300,00 or (three hundred thousand cash only bond) and 64 more months of incarceration yet to serve. Erin Ely is the defendant in case 11CV126 and has recused herself in all future cases, evidence of impartiality. Judge Ely's husband is County Atty. Her bias in 2004 cascaded into a 10-year cascade of subesquent litigation with continued bias and prejudice of the majority of the other defendants.

All attorneys & judges    Rule 2.14  Judge Ely refused to report the stroke of Judge James B. Boyd, or the extreme homophobia of other judges. She initiated bias & prejudice in Aspen community

All Judges    Rule 2.15 Failed to Respond to Judicial and Lawyer misconduct of Arnold Mordkin, Martin Beeson, former District Attorneys, Sherry Caloia, Peter Bevel, Andrea Bryan, Joe Kraebacher, Tom Smith, Tina Fang, John Steven Johnston, Jim True, Matt Morris, Sara Oates, Leonard Oates, Stacey Feinberg, Mick Ireland, Bill Hodges, Beth Kruelwitch, James Pickup and the Office of the Attorney Generals John Suthers and Cynthia Coffman, and homophobic staff.

③

<u>Canon 3</u>  <u>Rule 3.6</u> Disclosed non-public information of the "closeted" Lesbian relationship of Nancy Lee Wall and Jan B. Hamilton from 2001 to 2008, the choice of the two women due to religious beliefs. <u>Rule 3.6</u> Affiliations with Discriminatory Organizations. Aspen Chapel in 2008 when Judge Ely attended benefit brunch at the home of Dr. Patricia Hill. The Plaintiff has filed a motion with the court to appoint an investigator to examine all memberships of defendants and copies of the by-laws to include a non-discriminatory policy. Judge Ely knew that Jan Hamilton regularly attended Aspen Chapel and was there to observe Joanna Green, Jan Hamilton and a potential restraining order violation.

<u>Rule 3.13</u> The Plaintiff seeks a court order to examine IRS records of all defendants under the Colorado Rules of Civil Procedure of Judges and other government employees who have accepted gifts, loans, bequests, benefits or other things of value such as free green fees at local golf courses. Aspen is known for it's wealth and unscrupulous bribes, pay-offs and other illegal and unethical questionable activities, with ulterior motives.

<u>Rule 3:15</u> Reporting requirements when Judges and other qualifying governmental employees ④

failed to report "Mandatory Reporting" to at-risk elderly CRS 26-3.1-101 to 110, Abuse to A-Risk Elderly 18-6.5-101 to 105 CRS, Attempted alleged 2nd degree attempted 2nd degree murder; police who failed to protect, Menacing with blockage of life support medications, Aggravated intimidation of witness CRS 18-8-703 and 704 Class 4 felony, Hate Crimes Act 245 (a) (2) (iv) (I)(II), 18 USC sect 249 (a)(2), Equal Access to Justice Act 28 USC 2412, Romer vs Evans (1996), failed to report crime by Jeff Fain & Don Bird in the blockage of U.S Mail 18 USC 1708 with deputies Lee Leibmann, Sara Roush & Ferra Kiannian, Ben Legal, Nicholas Fierra, Matt Forrester, tampering with U.S. Mail. Failure to enforce Aspen City Ordinance 15-04-107 and City Code 60, 1964 Civil Rights Act, Civil Rights in Public Accommodation, Housing, Voting, Employment, CRS 24-34-501, 24-34-402, 24-34-601. Violation of Attorney General (housing 24-34-505.1 in the cases with Pat Marquis Charle & Fonda Patterson, John: Pam Fisher, APCHA, Paula Nirschel, Julie Roth, Montview Manor (Denver) in failure to investigate sexual orientation discrimination discrimination commenced by Maria Waters (Real Estate Commission) & Jonathan Winters of the Civil Rights Commission & HUD.

CRS 18-2-101 (2014) and 18-2-103 (2014)

⑤

Defendants:  (continued)

Lee Leibmann,
Beverly Campbell
Deborah Kendricks
Fierra Keannian
Ben Legall
Nicholas Fierra
Matt Forrester
Joe DiSolva
Jon Peacock
County Commissioners
Richard Pryor
Bill Linn
Jeff Fain
Dan Davis
Mike Tracey
Linda Consuegra
Chip Seaman
Kurt Wheatly
Adam Loudon
Jim Crowley
Leon Murray
Jim True, City Atty.
Laura Koenig, Charlottesville, Va.
Tina Fang
Matt Morris

Defendants
②

Sherry Caloia, D.A.

Peter Beyel

~~Michael~~ Jackson

Arnold Mordkin

Martin Beeson

Joe Kraebacher

Sara Oates

Leonard Oates

Lawson Wells

Tom Smith

John Steven Johnston

Tom McCabe

Cindy-Tucker-Davis

Cindy Christian

Joanna Green

Gail King, M.D.

Steve Barwick

Mick Ireland

Becky Ayers

Steve Woodrow

Derek Brown

Dan Bosko

Brunhilda Schoffler

Bill Hodges

Board of Elders 1st Baptist Church, past & present

Defendants
③

Board of Elders, Cross Roads Church, past & present Aspen

Vestry Christ Episcopal Church, Aspen

Vestry of St. Peters Episcopal Church, Basalt

Bishop & Staff Dioses of Colorado, Rob McNiell -Denver

Jonathan and Shara Brice

Shirley Tipton

Peter Waanders,

Jennifer Causing

Nickolas Veessey

Administrative Council, Aspen Chapel

Catharine Ann Provine

Rector of St. Pauls Peters Episcopal Church, Basalt

Katharine Jefferts Sherrits -New York, U.S. Dioces

    Episcopal Churches of the United States

Beth Kruelwitch

Mike Nickerson Aspen Community Church, Aspen

Administrative Council, Community Methodist, Aspen

Mike Jahn

Don Bird

Fonda Patterson

Blanca O'Leary

Paul Chester

Ralph Melville

Marian Melville                                    Defendants

Craig Melville                                        ④

Employees of the Mountain Chalet
Carl Bergman
All employees of Carl's Pharmacy
Katie Bergman
All employees of the Miner's Bldg.
Betty Cipriano
Pam Fisher
John Fisher
Jill Westerlind
Don Westerlind
David Nason, Florida
Rick Borchvec
Linda Davis
Doug Rovera, M.D. oncologist
Kim Scheuer
Dewayne Neiber
Paula Nirchel
Conspirator of Paula Nirschel
Maci Morriss
Members of the Elks Club
Trustees & Life Trustees - Aspen Institute (list addresses
James Pickup, AI Atty.   are in Certificate of Service)
Rick Carroll
Aspen Times Corporate Headquarters, New York
Montview Manor, Denver                    Defendants ⑤
Pat Harper, Administrator Montview Manor - Steele St.

Pat Marquis
Sotheby's Intl. Real Estate
Jennifer McPherson
Johnathan Winters
Board of Medicine - State of Colorado
Don Humphrey
Maria Waters
Aspen Valley Hospital
Cynthia Coffman, Atty. General Colorado
Tim Stanistwski, FBI-Glenwood Springs, Co.
Jim Coyle
William Campbell
Leonard Lauder
Anne Welsh McNulty
Bonnie Palmer McCloskey


3rd Parties:
American Dietetic Assn. (Licensing Board)
Chicago Insurance Company Professional
    Liability Insurance Company
AIG American Insurance Group - Granite
    Underwriting Co. (parent company)
CMF Liability Insurance Company

⑥
Defendants

**B. JURISDICTION**

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

   √   28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ___   28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   Civil Rights Act 1964, 42 USCA 1971 (expedited)
   42 USCA 1975a, 29 USCA 206(d) USCA 2201, section 710(a)
   42 USC 3631, 42 USC 1985, 18 USC 249 CRS-18-9-121
   42-USC245

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

1. Plaintiff injured with extreme bodily injury as a result of defend actions, willful & wanton intent.
2. Miscarriage of justice has occurred.
3. She was mandated to undergo "Conversion Therapy" or be arrested, involuntary servitude - 13th Amendment
4. "Religious Extremists" through multiple false arrest based upon frivilous, vexatious false reports with false imprisonment for over 2 years without trial on #300,000.⁰⁰ cash only bond denied her participation in or enjoying any benefit, service, privilege, program, facility or activity provided or administered by any state or subdivision thereof, because of her(k) Religious beliefs that God loves all the same, gay/straight/sexual orientation.
5. Life threatened with banning of cancer meds in jail, attacked by deputies defendant tried to run her offroad in car while she was on foot. (Deadly weapon (Grey Passat car)
6. Interstate commerce implied in cancer meds from Texas & Arizona, defendants from multiple states.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1.   Claim One: Violation of 28 USC 1343 – 13th Ammendment

Supporting Facts:

(a) The district courts have jurisdiction of any civil action authorized by law to be commenced by any person. Therefore, the Plaintiff seeks

(1) To recover damages for injury to her person and property, because of deprivation of freedom of religion, freedom from all "involuntary servitude" in the form of mandated "Conversion Therapy" to be "cured of being a Lesbian" with threat of arrest, and that after she completed the year of "Conversion Therapy" she was

(b) none-the-less arrested and has been subjected to 10-years of alleged crimes based upon frivilous false reporting with the deliberate intent to "kill her as the bible says — every word of the bible is true" as stated by defendants. She is dying incarcerated falsely based upon complainant/defendants alleged crimes. The officials in her incarceration have blocked cancer medications with willful and wanton intent, to take her life.

(Rev. 1/30/07)

2. Claim Two: To recover damages - 1985 Title 42

Supporting Facts: violation of 18 USC (7)(2) 245(a)(2)

The defendants failed to prevent or to aid in preventing wrong doings, which he or she had knowledge were about to occur and made the deliberate act (decision) to prevent with willful and wanton intent to do bodily harm with life threatening or potentially fatal outcomes in keeping with 18 USC 245, Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act of 2009.

Therefore, in claims 1-3 she seeks to recover damages, losses and injury to her career (right to earn the same amount as the total annual gross income #400,000⁰⁰) as she did prior to the "outing" of her Lesbian lifestyle and secure equitable and all other relief under any act of Congress for all constitutional privileges in the protection of civil rights, including the right to vote due to caucus held at the Mtn. Chalet, a place of public accommodation and previous employment and housing. She seeks recovery of all losses and damages in violation of 42 USC 1983 and the 1964 Civil Rights Act, and all other congressional and constitutional violations

(Rev. 1/30/07)

3. Claim Three: To claim the right to redress

Supporting Facts: 42 USC 1983

The defendants, who under color of any statute, ordinance, regulation, custom, or usage of any state (Colorado) subjected the Plaintiff and caused the Plaintiff within it's jurisdiction to be deprived of rights to life, liberty and the pursuit of happiness, secured by the constitution. Therefore, the Plaintiff pleads the courts to fine, imprison, and issue injunctions protection orders and all manner of lawful punishment for placing the plaintiff defendant in "Involuntary Servitude" by lengthy incarceration without trial, with excessive bail ($300,000.00 cash) for over 2 years (without trial) in accordance with this evidence that multiple declaratory decrees were violated and the glaring bias, prejudice exhibited by officers in a judicial capaci violated in which "declatory relief was unavailable. In these 10 years continuously violated constitutional privilige violations declaratory decree occurred multiple times. Declatory relief and right to seek redress was unavailab

Defendant in ICE 27b ICE 38

(Rev. 1/30/07)

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   *Chicago Insurance Co. (CIC)*

2. Docket number and court name:

   *12SC5865 - U.S. Supreme Court*

3. Claims raised in prior lawsuit:

   *Losses: damages of career and declaration page recovery of $6,000,000ºº of each person who died*

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

   *Docketed at U.S. Supreme Court but not chosen for oral argument*

5. If the prior lawsuit was dismissed, when was it dismissed and why?

   *January 12, 2013*

6. Result(s) of any appeal in the prior lawsuit:

   *None; CIC failed to represent their insured of 22 years in an act of fraud, breach of contract, and conspiracy.*

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No (CHECK ONE).

   *Copies of Kites and grievances have been sent to Federal District Court in this case*

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

   *Administrative appeals were made to FBI, Motion for Administrative Judge court order to mandate that bias, prejudiced persons be subjected to mental and physical exams for paranoia, phobias, schizophrenia and multi-personality disorder as well as dementia and damage of neurological brain damage due to stroke.*

(Rev. 1/30/07)

## Previous Lawsuits

A. 1. Names of defendants: Steve Woodrow, Derek Brown, Blake Appleby, John Galambos (Colo. Supreme Court).

2. Docket No. (not available while I'm in jail - my files ar locked in Aspen) Colorado Supreme Court.

3. Claims: $1,000,000⁰⁰ in punitive, actual and compensatory losses to reputation, career, health, due to extreme emotional distress to elderly at-risk, protected party CRS 18-9-121 Romer vs. Evans (1996)

4. Desposition of prior lawsuit: Dismissed, motion for new trial denied, motion to reconsider denied.

5. Dismissed due to ruling that plaintiff's religious freedom was usurped to believe that God loves all the same, gay ; straight, although I was never a member of 1st Baptist, Crossroads Church.

6. Results: Appealed from District to Court of Appeals, then Colorado Supreme Court. Motion for Judicial Review denied by Colorado Attorney General ; Plea to U.S. Attorney General in Grand Junction unfruitful.

Previous Lawsuits (page 2)

B.1. Defendant: Brunhilda Schoffler, Therapeuti (a clerk in a hardware store) no credentials.

2. 15SC130 Supreme Court of Colorado

3. Claims: All punitive, actual, exemplary and compensatory damages, losses of property

4. Still pending - oral argument requested with court appointed attorney - indigency.

C. Hamilton v. Chicago Insurance Company (CIC

1. Docketed U.S. Supreme Court Oct. 22, 2012, not chosen for oral argument.

2. Companion case dismissed due to deficient timeline caused by jail mail delay & clerical error. Hamilton vs. Board of Medicine, State of Colorado.

3. Motion will be filed to suspend the rules Rule 2 to reopen these cases relevant to affordable care act - lower cost healthcare with preventive nutrition, when Plaintiff gets out of jail

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Redress and *monetary* assistance for tortious acts, loss of reputation to continue to earn previous #400,000.00 gross annual income verifiable in court records in cases 15SC130 and Hamilton vs. Wall and Hamilton vs. Woodrow, et al., sustained, for which the injured party should be compensated as a matter of right. *Consequential* for canceled checks and cancelation of credit cards, after services rendered. *Double (treble) damages* due to bodily injury with fatal diagnosis and willful and wanton intent to murder by withdrawing life support medications while in jail (improper behavior), *Exemplary*, as a form of punishment for malicious & willful misconduct.

## DECLARATION UNDER PENALTY OF PERJURY

   I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on    July 27, 2015
                        /(Date)

                                        Gary B. Hamilton
                                        (Prisoner's Original Signature)

(continued)
Relief: Expectation damages, measure of money damages available to breach of contract by patients after they learned of arrests in newspaper, defendant breached contract, Sharon Barnes. *Incidental damages*: Foreclosure, Bankruptcy, Divorce, cancer diagnosis, intentional torts committed by defendants with fatal stress induced outcomes of their bias, prejudice with willful and wanton intent to kill. Recovery of all medical, loss of work income while incarceration, destruction of health, reputation, income in an exponential increase into the future due to past, present & future malice with intent.

(Rev. 1/30/07)

Concise Statement

ATTEMPTED MURDER, URGENT MESSAGE TO ALL WITH AUTHORITY TO
GET CANCER MEDICATIONS AND TREATMENT FOR UTERINE AND
STOMACH CANCER FOR ELDERLY INMATE IN THE PITKIN COUNTY
JAILWITH STATUTES TO SUPPORT FALSE ARREST AND FALSE
IMPRISONMENT WITH MALICIOIUS PROSECUTION BY LAW ENFORCEMENT,
JUDGES AND CITY AND COUNTY OFFICIALS ASPEN, PITKIN COUNTY, CO.

To:  Loretta Lynch, U.S. Attorney General, US DEPT OF JUSTICE: FBI Officer Tim
Stanistwski, Rick Magnuson, APD Detective.  Please forward copies to:  President Barack
Obama, Vice President, Joe Biden, The White House; Robert Moossey, Civil Rights Division,
U.S. Dept. of Justice, Criminal Section; Governor John Hickenlooper, Attorney General, Cynthia
Coffman; Barbara Kelley, Esq., Executive Director of the Dept. of Regulatory Agencies;
President of the Senate, Speaker of the House; Representative Millie Hamner; Senator, Kerry
Donavan; County Sheriff, Joe DiSolva; Richard Pryor, Chief of Police; City Attorney Jim True;
City Manager, Jon Peacock; all Law Enforcement Officers in Aspen, Pitkin County Colorado
Federal Bureau of Investigation, Washington, D.C.

From:  Jan B. Hamilton, Elderly Inmate, Age 73, Lesbian, Protected Party

SUMMARY OF COMPLAINT:  This elderly dying inmate in the Pitkin County Jail pleads with
the above listed authorities to demand that cancer treatment begin immediately on May 15, 2015.
She was falsely arrested on frivolous charges based upon their homophobia, bias and prejudice,
by members of her church, Christ Episcopal; complainants, Shirley Tipton, Rector Jonathan
Brice and Peter Waanders IN VIOLATION OF HER RELIGIOUS FREEDOM TO BELIEVE
THAT GOD LOVES ALL THE SAME; GAY AND STRAIGHT.  She is currently incarcerated
awaiting trial in case 15 M 137.  Her alleged crime is violation of a restraining order filed by
Rector Jonathan Brice, his assistant Shirley Tipton and member, Peter Waanders and their
families in cases 14 M 30;  (Shirley Tipton, wife of the Aspen city manager, 14 M 92; Rector
Jonathan Brice, recently moved from London England to become the new Rector of Christ
Episcopal Church, 14 M 143; and Peter Waanders, member of Christ Episcopal Church and Asst.
Director of the Society of Fellows at the Aspen Institute.  Their supervisors and authorities who
failed to cease and desist this unlawful cascade of attempted murder incidents, are also
implicated.  Dr. Hamilton notified the board of authority, the Vestry of Christ Episcopal Church
when Rector Brice and Shirley Tipton, his assistant canceled the alter flowers that Dr. Hamilton
had given in honor of her future wife and brother-in-law, Nancy Lee and Charles R. Wall.  When
she asked to speak with the Vestry about a new policy, a refund or a change of date, they filed
criminal harassment charges against her in cases 14 M 30, 14 M 92 and 15 M 137.  When she
filed sexual orientation discrimination charges with Barbara Kelley, DORA, Civil Rights
Division in public accommodation C.R.S. 24-34-601 and 605, ( the Paepcke Bldg. of the Aspen
Institute, any public building), against Peter Waanders.  Mr. Waanders in retaliation filed
criminal charges for harassment case 14 M 143 against her for (her alleged crimes) against him,

his wife and his two children.  He is represented by James Pickup, Attorney for the Aspen Institute in the civil rights compliant filed by Dr. Hamilton.  Dr. Hamilton thereafter enlisted the help of her friends, Society of Fellows members; David Koch, Madeline Albright, Leonard Lauder, Bob Steel, Walter Isacasson.  Judge Paul Metzger ruled that her letters constituted harassment of Peter Waanders and she was found guilty on April 2, 2015 and sentenced to 16 months in the Pitkin County Jail.  Due to the neglect by the Aspen Institute's Board of Trustees to uphold Colorado Revised Statutes 24-34-703, with relief authorized in C.R.S. 24-34-707, , she is filing individual civil cases against the members Board of Trustees for the recovery of all exemplary, punitive, and actual damages in Federal District Court.  She is filing with the Aspen Police Dept. to investigate the criminal charges by members of the Aspen Police Dept. the DA's Office, the Judges who have accepted these frivolous complaints as crimes, the Pitkin County Sheriff's Dept. for attempted murder in violation of the following:

- 18-6.5-101 to 108, C.R.S. At Risk Elderly Adult
- The Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act of 2009, 18 U.S.C. 249; 28 USC 1343, 42 USC 1983
- Section 18-2-101, C.R.S. 2014 (criminal attempt) (alleging attempt to commit murder in the second degree in violation of section 18-3-103, C.R.S. 2014.
- Section 12-47-416, C.R.S. 2014;
- Aspen Municipal Code #60 (discriminatory practices prohibited); and
- Aspen City Ordinance 15-04-570 (discriminatory practices prohibited).
- The 1964 Civil Rights Act with discriminatory bias and prejudice
- C.R.Cr. P. Rule 16(a)Distortion of Plea Bargain in cases 10 CR 76 and 11 CR 38
- C.R.Cr. P. Rule 16(d)  Appeal filed when Sgt. Dan Davis failed to investigate with 32 eye-witnesses in cases 14 M 30 and 14 M 92  & 14 M 143
- Judicial Review for constitutionality of "Conversion Therapy" in cases 10 CR 76 and 11 CR 38 when she was threatened with arrest or meet with German woman to undergo this therapy "to be cured of being a Lesbian."
- C.R.Cr. P. Rule 48 a motion filed for dismissal, requested of her attorneys
- C.R.Cr. P. Rule 33 for a New Trial
- C.R.S. 16-9-501 Notice to the Attorney General alleging unconstitutional law
- C.R.S. 16-10-101 Municipal Violation of City Ordinance 15-04-507 (discriminationatory practices by Aspen City Attorney Jim True ad the City Council with new evidence due to incarceration in the Pitkin County Jail
- C.R.S. 16-10-109 Municipal Code 60 violated by Steve Barwick, City Mgr.
- C.R.S. 18-8-503 Perjury of the 2nd Degree by Sgt. Dan Davis under oath
- C.R.S. 18-8-505 False swearing by APD officer Jeff Fain under oath
- C.R.S. 18-8-101 to 116 Obstruction of Justice by APD officers, DA's, Judges, attorneys, jail nurse, Cathie Wortnor, jail physician, David Borchers, M.D.

- C.R.S. 18-8-801 to 804 Peace Officers Excessive use of Force by Bill Linn, APD Asst. Chief, Sgt. Chip Seaman, Sgt. Dan Davis, Sgt. Mike Tracey, and retired officers Leon Murray, Jim Crowley and any officer appearing in the records.
- C.R.S. 18-6-803.5 Emotional Abuse by Peace Officers, Enforcement of Orders
- 13-14-104.5 Refusal to Grant Protection order against Religious Extremists" who mandated "Conversion Therapy to be "cured of being a Lesbian" by Judge Erin Ely, in multiple civil cases filed to protect herself then APD refused.
- C.R.S. 26-3-102 Confidentiality with Clergy; in discussions with Mike Nickerson regarding her Lesbian lifestyle. In a letter provided to the courts Reverand Nickerson banned her from Aspen Community Methodist Church if she came to another service. He threatened her with arrest and demanded that she be treated for a mental illness when she confided in him as a member of the church.
- C.R.S. 26-3-102 Confidentiality with Clergy; in discussions with Jonathan Brice regarding her Lesbian lifestyle. In a letter provided to the courts Rector Brice and his assistant Shirley Tipton, banned her from Christ Episcopal Church if she came to another service. He threatened her with arrest and demanded that she be treated for a mental illness when she confided in him as a member of the church.
- C.R.S. 26-3-102 Confidentiality with Clergy; in discussions with Steve Woodrow, Blake Appleby, Derek Brown, David Mason, Brunhilde Schloffer, Dan Bosko, regarding her Lesbian lifestyle. In a letter provided to the courts Steve Woodrow and his assistant Derek Brown, banned her from 1st Baptist/Crossroads Church if she came to another service. They and other "Religious Extremists" in conspiracy threatened her with arrest and demanded that she be treated for a mental illness when she confided in them. She was never a member of that church.
- C.R.S. 26-3-102 Confidentiality with Interim Supervisor, Clergy-Director of Spiritual Services; Catharine Ann Provine, Cynthia Bourgault, Priest and Gregg Anderson minister of the Aspen Prince of Peace Chapel regarding her Lesbian lifestyle. In a letter provided to the courts to and from Gregg Anderson and his assistant Cynthia Bourgault, Priest and Catharine Ann Provine she was banned her from the Aspen Chapel if she came to another service. These members of the Clergy threatened her with arrest and demanded that she be treated for a mental illness when she confided in them. The Aspen Chapel does not have members. Reverand Vessey is now also banning Dr. Hamilton from services, her letters of confidentiality are abusively ignored. She has sought reconciliation to no avail.
- C.R.S. 16-8-103(2) Accusation of Insanity, proven to be fraud and conspiracy. As a result of her overt stand for equal human rights, her public defenders, Tina Fang and Laura Koenig demanded that she be tested for insanity as ruled by Judge James B. Boyd and Deputy DA Arnold Mordkin against her will. She was found sane by M.D.,Ph.D. Richard Pounds of the Colorado Mental Health Institute in Pueblo, Colorado.

- C.R.S. 18-6.5-102(a)(2)(3)(7) Clergy (9)(10)(a)(II). With criminal abuse
- C.R.S. 18-3-203 Criminal abuse by Clergy with Neglect
- C.R.S. 25.5-5-412 Abuse by Clergy to Elderly At-Risk Protected Person
- C.R.S. 18-9-111 Against Pat Marquis, Real Estate Agent for refusal to show property for lease, sale or rent to Jan B. Hamilton and her family at 777 and 787Castle Creek Dr. the home of Lesbian lovers from 2001 to 2004 Nancy L. Wall and Jan B. Hamilton owned by Charles R. Wall, future brother-in-law of the abused party, Jan B. Hamilton. They have been engaged since 2006.
- C.R.S. 18-8-708 Suit for damages by victim of sexual orientation discrimination by Pat Marquis who in retaliation for Dr. Hamilton's civil rights complaint filed criminal harassment charges with extreme emotional distress 18-6.5 101 to 108. Dr. Hamilton is allowed a court appointed attorney in this civil case.
- C.R.S.18-8-704 Intimidating and tampering with witnesses against John Steven Johnston, Attorney who demanded that Nancy L. Wall testify against her lover.
- C.R.S. 18-9-111 Aggravated intimidation of Witnesses when John Steven Johnston, approached witnesses in cases 10 CR 76, 11 CR 38, 14 M 30, 14 M 92, 14 M 143, 14 M 239 and 15 M 137 to volunteer Nancy Lee Wall to serve as witness in these cases. Ms. Wall is beholden to Mr. Johnston and his alleged lover Charles R. Wall. She has been threatened to be demanded to move from her present home by John Steven Johnston. Investigation is imperative. Both Dr. Hamilton and Ms. Wall are dying of stress induced cancers with attempted murder by John Steven Johnston, in C.R.S. 18-2-101 (alleged attempt) (2014) and C.R.S. 18-2 103 murder charges are requested by Jan B. Hamilton against John Steven Johnston.
- C.R.S. 24-34-602 Penalty and civil liability provides jurisdiction for Judge Paul Metzger to rule in the county cases and Judge James B. Boyd to rule in the district cases. Newly appointed judges Gail Nichols and Daniel Petre, also hold jurisdiction in the criminal cases, 10 CR. 76, 10 CR 38 and as well as appealed cases 14 M 30, 14 M 92 and 14 M 143. Criminal cases 14 M 239, 14 M 263, 15 M 137 are pending trials in Judge Metzger's court in Sept. of 2015.

RE: Murder Charges Against All People Who Have Blocked Cancer Treatments of Dr. Jan B. Hamilton at the Pitkin County Jail.

Date: May 12, 2015 8:15 a.m.    *Jan B. Hamilton*

Federal District Court
Alfred A. Arraj Bldg.
United States Court House Room A 105
901 19th St.
Denver, Col 80294