Names of Defendants with Coded Deprived Constitutional Right

Page 1

The following provides evidence for individual violations of the Plaintiffs Constitution Rights. A number Code system coordinates to alleged violations for concise brevity as requested by Craig B. Shaffer, Judge

Judge James B. Boyd: 1, 3, 4, 5, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 28, 30, 32, 33, 34, 35, 37, 39, 40(a)(4), 42, 45, 46, 47, 48, 50, 52, 56, 57, 58, 59, 61, 63, 65, 73, attempted alleged 2nd degree murder 74-82, 92-101, 117, 120, 123, 127, 132

Judge Paul Metzger: 1, 3, (no witnesses) 4, (excessive bail #30,000⁰⁰ cash in 15 M131 case dismissed) 5 (gay rights blocked) 6 (supported "Conversion Therapy" 8, 9, 11, 12, 13, 14, (Jeff Tait tampering with U.S. Mail 18 USCA 1708, 15, 16, 17 (dismissed motion for mental evaluation of Pat Marquis, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 37, 36, 38, 39, 40(a)(c)(d) 42, 45, 46, 47, 48, 50, 52, 54, 55, 57, 58, 59, 60, 61, 63, 65, 67, 70, 71, 73 attempted alleged 2nd degree murder, 74-82, 92-101, 117, 120, 123, 127, 132,

Judge Erin Ely: 1, 3, 4, 5, 6, (supported "Conversion Therapy" to be cured of being a Lesbian mandated by "Religious Extremists".) 7, (favored Ralph Melville to block her vote at caucus), 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23 (Aspen Country Inn), 24, 25, 26, 29 (Joanna Green), 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40(2)(3)(4) 42, 45, 46, 47, 48, 50, 52, 56, 57, 58, 61, 63, 64, 65, 66, 67, 73 alleged murder. 74-82, 92-101, 117, 120, 123, 127, 132.

John Petosky, Judge: 4, 5, (30,000⁰⁰ cash bond in dismissed case) excessive bail, 8th amend Rage, Intimidation, Sexual Orientation Discrimination, 8, 9, 10, 11, 13 (incarceration w/th blocked cancer meds), 12, 15, 19 Alleged 2nd degree attempted murder 18-2-101:103 (2015.) 92-101-117, 120, 123 127 & 132.

Page 2

<u>Petosky Continued</u>: 20, 21, 22, 24 (excessive bail with no cancer meds for over 3 mos.) 26, 28, 30, 31, 32, 35, 36, 37, 38, 39, 43, 45, 46, 47 (case 15M137), 48, 50, 52, 54, 56, 57 (blocked work), 58, 59, 61, 63, 65, 70, 73, attempted murder 18-2-101(204)

<u>Judge Denise Lynch</u>: 1, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13 excessive bail ($300,000°° cash) 15, 16, 17 (rejected mental exam of Alzheimer patient with panic attacks) 18, 19, 20, (11CV2 case) 21, 22, 23, 24, 25 (Carl Bergman) 26, 28, 30, 31, 32, 33, 34 Cases still stayed (Mike & Cathy Taylor) 35, 36 (Carls Pharmacy) 37, 38, 39, 40(a)(b)(c)(d), 42, 43, 45, 46, 47, 48, 50, 51 (case 15M191) 52, 55, 56, 57, 58, 61, 63, 64, 65, 69, 72, 73, attempted murder 18-2-101(204) 74-82, 92-101, 117, 120, 123, 127, 132,

<u>Judge Frank Plaut</u>: 1 (complaints filed by "Religious Extremists" who arrested the Plaintiff after she completed "Conversion Therapy" to be cured of being a Lesbian—Show Cause hearing Oct. 13, 2011— Plaintiff believes she was justified in filing 59 civil suits when the Aspen Police would not protect her. Judges Plotz & Bouldin (illegible) were biased and prejudiced in dismissing cases. All 30 alleged felonies filed by the "Religious Extremists were later dismissed after Plaintiff spent over 2 years in jail without trial with blocked cancer care, meds were locked in jail basement, alleged murder, 2nd degree attempted. 18-2-101 ÷ 103 (204) 3, 4, 5, 6,

Page 3

(supported and upheld the choice of "Religious
Extremists" to demand that Plaintiff undergo
"Conversion Therapy" Cruel & Unusual Punishment,
13th Amendment "Involuntary Servitude," 1 3, 8 9,
10, 11, 12, 13, 15, 16, 17 (mental exam recommended for
Judge Plaut - elderly retired homophobic judge) 18, 19,
20, 21, 22, 23 (in civil cases) 24, 25, (civil cases) 26, 28, 30,
31, 32, 33, 34, 35, 36, 37, 38, 39 40(a)(b)(c)(d), 42, 43, 45,
46, 47, 48 50, 52, 54, 57, 58, 61, 62, 63, 64, 65, 70, 73, 74,
75, 76, 77, 78, 79, 81, 82, 44-82, 92-101, 117, 120, 123, 127, 132,

Judge Fredrick Gannett (Eagle County): 3, 4, 8, 9, 13, 15,
16, 18, 19, 20, 22, 26, 27, 28, 30, 34, 35, 36, 37, 39, 40(b), 42,
43, 45, 46, 48, 53, 56, 58, 61, 63, 71, 73, 74, 75, 77, 78, 81,
82, 83, 84, 85, 89, 90, foreclosure, bankruptcy, murder alleged
44-82, 92-101, 117, 120, 123, 127, 132.

Judge Kenneth Plotz: 1, 3 4, 5, 6, 8, 9, 10, 11, 12, 13, 15, 16, 18, 19,
21, 22, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,
40(d), 42, 43, 45, 46, 48 49, 54, 57, 58, 61, 63, 65, 70 73, 74, 75,
76, 77, 78, 79, 81, 82 foreclosure, bankruptcy, alleged 1st 2nd 3rd degree murder
92-101, 117, 120, 123, 127, 132,

Judge (Retired Elderly - conspired with Judge Kenneth Plotz,
(illegible) Bowlin): 1 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 15, 16, 18, 19, 21,
22, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,
40(d), 42, 43, 45, 46, 48, 49, 54, 57, 58, 61, 63, 65, 70, 73, 74, 75,
76, 77, 78, 79, 81, 82, 92-101, 117, 120, 123, 127, 132

Page 4

Justices of the Supreme Court of Colorado:
1,3,4,5,6,8,9,10,11,12, 13,15,16,18,19,21,22,24,25,26,
27,28,30,31,32,33,34,35,36,37,38,39,40(a)(b)(c)(d),
42,43,45,46,48,49,54,57,58,61,63,65,70,73,74,
75,76,77,78,79,81,82. The orders handed down
plus the denial of Judicial Review and un-
constitutionality were not signed, I do not
have individual names to provide. Pro se parties
are ignored and not provided equeal privilege as
attorneys. I did not get the questionnaires like
previously concerning judges performance. Why?
102, 118, 130-132.

Justices of the Court of Appeals for Colorado: 1,3,4,
5,6,8,9,10,11,12,13,15,16,18,19,21,22,24,25,26,27,28,30,
31,32,33,34,35,36,37,38,39,40(a)(b)(c)(d),42,43,45,46,
48,49,54,57,58,61,63,65,70,73,74,75,76,77,78,79,81,82.
The cases of denial of sexual orientation protection
in 2011 against Steve Woodrow, Blake Appleby, Derek
Brown = John Galombos violated my freedom of Religion,
Article II Sect 4 Colo. Const. and Article II 30(b) Evans v. Romer (1996)
102, 118, 130-132.

Attorney General Cynthia Coffman: None of my pleas
for Judicial Review or Constitutionality have ever
been addressed Rule 44 CRCP, CRS 12-36-118(c)(f)(2)
CRS 12-37-107(13), CRS 25-35-103÷101, CRS 16-9-501
Appellate Review, CRS 24-4.1-303, Restorative Justice,
18-1-901(3)(0.5). False imprisonment 18-3-303 CRS,

Attorney General (cont.)                                    Page 5

Medications 25-1.5-302 & 27-80-204CRS, the plea in
2000 when Chicago Insurance Company denied the
coverage in a false claim by David Paul, M.D. that I
was practicing medicine, canceled my policy and
filed a case against me in Federal District Court
for Declary Relief. I never missed a payment
in 22 years. I spoke with Cynthia Coffman on
the phone filed appeals in the investigation. At
that time John Suthers was Atty. General and
she was asst. I hired Don Humphrey and Kevin
Heupel, attorneys at my own expense. Mr. Humphrey
(unknown to me) had a drinking problem, lost his
license and spent some time in prison. Kevin
Heupel missed a pivital hearing in Eagle, Co.
and the injunction was issued by Administrative
Judge Fredrick Garrett in Vail, Co. The current
arrests go back to the stories surrounding
that incident, which should never have happened.
The Board of Medicine does not have jurisdiction
over dietitians. Colorado is one of 3 states in
America that does not license dietitians. The
current Atty. General has breached many codes
of Judicial Professional Conduct and the
Principals upheld by Jim Coyles Atty. Reg.
Counsel. The cascade for a Ph.D. practicing
within the "Standard of Care" for her profession
should not have been issued an injunction. Alleged
2nd degree murder, bankruptcy, foreclosure. 18-2-101-18-3(2014).

Page 6

<u>Colorado Board of Medicine</u>: The Attorney
General's Office Neglect resulted from the
Board of Medicine failure to follow the
statutary guidelines for complaints. These
are violations 3,4, 5,8,9, 10, 11,12, 13, 15, 16, 18,
19, 20, 22, 24, 25, 26, 27, 28, 30, 32, 34, 35, 36, 37,
38, 40(b), 42, 43, 45, 49, 52, 54, 57, 58, 63, 73,
74, 83, 84, 87, 88, 89, 90, 91, 99, 101, 102, 103, 108,
109, 114, 115, 116, 120, 124, bankruptcy, foreclosure, alleged murder 18-3-101-103(2014)
83-91, 103-104, 132.

<u>Kevin Heupel, Atty</u>: 3, 4, 5, 8, 11, 12, 15, 16, 18, 19, 20,
21, 24, 26, 27, 28, 30, 31, 34, 35, 36, 37, 40(b), 42, 52,
53, 57, 58, 60, 63, 83, 84, 85, 86, 87, 89, 90, 91, 99, 101,
103, 105, 108, 114, 115, 116, 118, 119, 121, 122, 124, bankruptcy.

<u>Don Humphrey</u>: 3, 4, 5, 8, 11, 12, 13, 15, 16, 18, 19, 20, 22,
24, 26, 27, 28, 30, 31, 34, 35, 36, 37, 40(b), 42, 52,
53, 57, 58, 60, 63, 83, 84, 85, 86, 87, 89, 90, 91, 99, 101, 103,
105, 108, 114, 115, 116, 118, 119, 121, 122, 124, bankruptcy.

<u>Don Bird, Jailer</u>: 1, 2, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15,
16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31,
32, 33, 34, 35, 36, 37, 38, 40(d), 42, 43, 44 (supervisor of
Fierra Keannian & Sarah Raush), 46, 47, 50, 51, 52, 53, 54,
55, 56, 57, 59, 61, 63, 64, 70, 71, 72, (call to Park Co.) 96, 98, 99,
100, 104, 105, 110(a) & (b), 111, 112, 113, 115, 118, 119, 120, 121,
124, alleged 2nd degree attempted murder 18-2-101-103 (2014) 132

Page 7

Sara Roush, Asst. Jailer Aspen: 1, 2, 4, 5, 6, 8, 9, 10, 11, 12,
13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31,
32, 33, 34, 35, 36, 37, 38, 42, 43, 46, 47, 50, 51, 52, 53, 54, 55,
56, 57, 59, 61, 63, 64, 70, 71, 72, 96, 98, 99, 100, 104, 105, 110(a)(b),
111, 112, 113, 115, 118, 119, 120, 121, 124, alleged attempted murder. 18-39-101-103 (2014).

Lee Lieibmann Deputy, Aspen: 1, 8, 9, 10, 11, 12, 14, 19(mail)
20, 22, 24, 26, 28, 30, 31, 34, 35, 37, 38, 52, 54, 61, 63,
96, 110, 113, 121, 124, ink in jail printer, obstruction of justice.

Cathie Nortnor, Jail Nurse: 8, 9, 10, 11, 12, 14(letters to physicians)
17, 18, 19, 20, 22, 27, 28, 31, 35, 36, 37, 38, 43, 44, 52, 53,
54, 55(letters to physicians), 56, 58, 61, 63, 96, 109, 116, 111,
112, 113, 115, 121, HIPAA violations, 124, alleged attempted murder 18-3-101-103 (2014)
12b, 132.

David Borchers, M.D. Jail Physician: 5, 8, 9, 10, 11, 12,
13, 14(letters to Dr. Borchers blocked, 18, 19, 22, 24, 26, 27,
28, 31, 34, 37, 38, 54, 57, 61, 63, 95, 104, 108, 115, 95
Attempted alleged 2nd Degree murder 18-2-101-103 (2014).

Beverly Campbell, Deputy: Blocked Social Security check,
fraud, torture, malice, 6, 8, 9, 11, 12, 13, 14, 15, 17, 18, 19, 20,
22, 24, 26, 27, 28, 29, 30, 31, 34, 35, 36, 37, 38, 42, 43,
44, 49, 50, 53, 54, 55, 56, 61, 63, 71, 75, 95, 96, 104, 110(b)(b),
113, 121, 124, alleged attempted 2nd degree murder 18-2-101, 113 (2014)
108, 115.

Deborah Kendricks Deputy: 6, 8, 9, 11, 12, 13, 14, 15, 17, 18
19, 20, 22, 24, 26, 27, 28, 29, 30, 31, 34, 35, 36, 37, 38

Page 8

<u>Deborah Kendricks</u> (continued) 42, 43, 44, 49, 50, 53, 54, 55,
56, 61, 71, 95, 96, 104, 110(a) 113, 121, 124, 132

<u>Fierra Keannin; Deputy :</u> Physical assault AVH, 8, 12,
14, 15, 18, 19, 24, 26, 28, 31, 34, 36, 37, 38, 44, 53, 54,
55, 56, 61, 63, 82, 96, 110(a), 110(b), 124, assault, 131, 132.

<u>Ben Legall, Deputy :</u> Extreme Emotional Distress to
elderly at-risk inmate, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20,
26, 27, 28, 30, 31, 32, 34, 35, 36, 37, 38, 43, 44, 49,
50, 54, 55, 56, 61, 63, 82, 96, 110, 113, 121, 124, attempted
alleged murder 18-3-10 and 18-2-103(20/4), 131.
<u>Nicholas Fierra Deputy :</u> Extreme Emotional Distress
to elderly at-risk inmate 8, 9, 10, 11, 12, 13, 14, 15-18, 19, 20
26, 27, 28, 30, 31, 32, 34, 35, 36, 37, 38, 43, 44, 49,
50, 54, 55, 61, 63, 82, 96, 110, 113, 121, 124, 131.

<u>Matt Forrester Deputy :</u> 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20
26, 27, 28, 30, 31, 32, 34, 35, 36, 37, 38, 43, 44, 49, 50,
54, 55, 61, 63, 82, 96, 110, 113, 121, 124, 131.

<u>Joe DiSolva, Sheriff :</u> Supervisor of all Deputy actions,
defended abusive torture by his asst. Don Bird,
Sarah Roush 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20, 26, 27, 28,
30, 31, 32, 34, 35, 36, 37, 38, 43, 44, 49, 50, 54, 55, 61,
63, 82, 96, 110, 113, 121, 124, alleged attempted 3rd degree
murder, 18-2-101:103(20/4) 131

Page 9

Jon Peacock, County Mgr.: 1, 5, 8, 9, 10, 11, 12, 13, 14, by
Dan Bird & Sara Roush 18, 19, 22, 23 (APCHA) 24, 25 (APCHA)
26, 28, 30, 31, 32, 34, 35, 36, 37, 38 (ignored pleas from
Plaintiff, 40(a)(b)(c)(d), 49, 53 (U.S. Mail 18USC1708, 54, 55,
56, 57, 58, 61, 63, 64, 70 (enforcement of civil rights
statutes) 72 (Aspen Country Inn) 96 (Deputies)
104, 116, 113, 114, 115, 118, 119, 121, 124, alleged attempted (20/4)
murder 18-2-12 & 103

County Commissioners: Neglected complaints
filed by Plaintiff 1, 5, 8, 9, 10, 11, 12, 13, 14, 18, 19, 22, 33
(APCHA) 24, 25, (APCHA) 26, 28, 30, 31, 32, 34, 35, 36,
37, 38 (ignored pleas from Plaintiff, 40(a)(b)(c)(d),
49, 53 (U.S. Mail at Jail), 56, 57, 58, 61, 63, 64, 70
(failed to uphold state civil rights statutes) 72 (Aspen
Country Inn) 96 (Deputies) 104, 116, 113, 114, 115, 118, 119, 121, 124
121, alleged attempted murder 18-2-101 & 103 (20/4) 132.

Richard Pryor Chief of Police: 1, 2, 4, 5, 6, 7, 8,
9, 10, 11, 12, 13, 14 (Jeff Fain under his supervision and
direction) 15, 16, 17, 18, 19 20, 21, 22, 23, 24, 25,
(failure to enforce Aspen City Ordinance 15-04-510 and
City Code 60), 26, 27, 28, 29 (Jeff Fain, Dan Davis,
Chip Seaman, Mike Tracey (10CR76), 30, 31, 32, 33, (Bill
Linn-Arrest at 1st Baptist Church-later dissmissed,
Police Brutality, false arrest, false imprison-
ment, malicious prosecution, conspiracy, 34,
35, 36, accepting false frivolous complaints
by those who falsely stated they held a restraining

Richard Pryor (continued) APD Chief
order, 38, 40(a)(b)(c)(d), 41(by Ralph·Marian Melville,
reported to APD, 42, '43, 44, 49, 50, 51 (Jeff·tain
committed federal crime 18 USC, 1708, Don Bird·Sarah
Raush cleared all mail, he confiscated 8 bank boxes
of complaints in Federal case, as reported by Justin
Barrow, Mgr. Sandy's Office Supply, 52, 53, 54,
by false imprisonment (deadly blockage of life
support medications, 55, 56, 57, 59, 60, 61,
63, 64, 65 (involvement in conspiracy), 71, 72, 73,
failure to enforce civil rights statutes, housing eg.
(Pat Marquis), public accommodation, Ralph Melville,
Carl Bergman, employment· Aspen Institute,
public accommodation, Music Tent when no
protected party is there, Dolce Resort, Aspen
Meadows as stated by James Pickup, atty. with
false reporting, false arrest, no protected party
was in Paepcke Bldg. when Peter Waanders, demanded
that Dr. Hamilton depart the premises. Aspen City
Ordinance 15-04-570 and City Code by APD, 96,
97, 99, 104, 110(b), 113, 116, 118, 119, 120, 121, 124, 131,
Alleged attempted 3rd degree murder 18-1-101-103 (2014)

Bill Linn, Asst. Aspen Police Chief: Falsely arrested
Elderly At-Risk-Protected party at 1st Baptist
Church while she was quietly making coffee in the
fellowship hall, when she tried to show him the
letter of invitation to return to the church

Page 10

after successfully completing the "Mandated
Conversion Therapy" to be "cured of being a
Lesbian", he accused her of resisting arrest
and booked for 3rd Degree Tres passing at the
Pitkin County Jail — The 1st arrest of her life.
This began a cascade of false arrests, false
imprisonments with deadly abuse with willful
and wanton intent to do bodily harm. Violation of
18-9-121 Colo. Hate Crimes Act and 18 USC 249,
Federal Hate Crimes Act; 2009 Matthew
Shepard Hate Crimes Act. She is now accusing
all involved of alleged attempted murder 18-2-101
and 103 (2014). She is incarcerated based on
false reporting of frivilous, vexatious, ground-
less reports from "Religious Extremists" who
believe that she should be stoned to death
for being a Lesbian --- every word of the bible
is true!" Therefore Bill Linn commenced a 10
year conspiracy resulting in a fatal diagnosis
with blocked cancer meds while incarcerated,
a death wish enforced by "the State", Aspen
Police. The following constitutional rights
have been violated: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11,
12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40(d), 42,
43, 49, 51, 52, 56, 57, 61, 63, 65, 67, 70, 73, 82, 89, 96, 97, 99, 104,

Page 11
(2014)

Bill Linn (continued) Alleged attempted 2nd degree murder 82-101-103
113, 116, 118, 119, 120, 121, 124, attempted murder with intent to incar-
cerate knowing no cancer treatment is allowed in Colorado Jails.

Jeff Fain APD Officer: Arrested Plaintiff 18 times in 6
years for frivilous, baseless, groundless vexatious cause to
support biased, prejudiced calls from individuals with
discriminatory intent to bodily harm against elderly at-
risk Lesbian who was never arrested in her life by State,
Bill Linn and John Rushing at 1st Baptist/Crossroads Church.
Walked into 915 E. Hopkins #2 while JBH was changing clothes
without warning. Latest arrest on March 6, 2015 15M131 was
dismissed. False testimony under oath. Violations: 1, 2, 3, 4, 5,
6, 7, 8, 9, 10, 11, 12, 13, 4, Confiscated U.S. Mail, complaint to
Federal District Court - he is one of the defendants, federal
crime 18 USC 1708, 15, 16, 17, 18, 19, 20, 21, 22, 23 (Pat Marquis) 24,
25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40(a)(b)(d), 42, 43,
44, 49, 50, 51, 52, 53, 54, 55, 56, 57, 59, 61, 63, 70, 71, 72, 96, 97,
99, 104, 113, 115, 118, 119, 120, 121, 124, 131, alleged attempted 2nd degree 182-101-103 (2014)
murder

Dan Davis, Sgt APD: Failed to interview 32 eye-witnesses
in alleged harassment with false reporting at Christ Episcopal
Church, used counter claim evidence given on body camera
against Plaintiff, to date has not reported investigation
of claims of abuse and false reporting by Shirley
Tipton, Jonathan Brice and Peter Waanders, withheld
evidence in multiple trials that could have shown that
Plaintiff is a victim, not a perpetrator, Jeff Fain and

Page 12

Dan Davis with premeditated intent to do harm did with intent to do bodily harm, conspired with menacing and attempted murder, an elderly at-risk Colorado citizen protected by U.S. Supreme Court ruling Evans v. Romer (1996) a party they are assigned to potect. Violations: 1, 2, 3, 4-13, 15-22, 24-38, 42-44, 49, 53, 54, 56, 57, 61-64, 70-73, 96, 97, 99, 110, 113-116, 118, 119, 120, 121, 124, alleged attempted 2nd degree murder, 131.

10CR76
Mike Tracey, Sgt. APD: This officer escalated 08C13 to 10CR76 a felony 4 while Dr. Hamilton was incarcerated in cases 11CR35 later dismissed of 26 alleged felonies complained by 11CR38 "Religious Extremists," the same complaintants who mandated that she undergo "Conversion Therapy" to be "cured of being a lesbian," resulting in over 2 years (2011 to 2013) in jail without trial on a $300,000.00 cash only bond, with no cancer treatment. Due to false arrests based on homophobia, she is now sentenced to 64 months in jail and 3 more upcoming misdemeanor trial ahead. The first arrest of her life was at age 65 to punish her for being a Lesbian, openly admitted in 11CR35 evidentary hearing where 14 alleged felonies were dissmissed 11CR35 in it's entirity. Violations 1-13, 15-22, 24-38, 42-44, 49, 53, 54, 56, 57, 61-64, 70-73, 96, 97, 99, 110, 113-116, 118, 119, 120, 121, 124, 131, alleged murder 1&2-101-103 (2014)

Linda Consuegra: Asst. Chief of Aspen Police: Officer Con-suegra demanded that JBH leave Aspen, the home that

Page 13

she and her "future wif" plan to grow old in, where JBH
has lived for 15 years. Officer Consuegra realizes that the
abuse of men to women, straights to gays may never
change and that Dr. Hamilton will continue to be abused
and arrested if she stays in Aspen. Nancy Lee Wall and
Jan B. Hamilton pledged to take a stand against "bullying"
to try to help the gay youth in Aspen. They want to give
back, stop the murders and suicides, Aspen is their home.
Regardless of opposition, they are planning a Christmas
wedding blending the two families. Both women have
cancer. They pray that they will be left alone with no
more bias, prejudice CRS 18-9-121, 18 USC 249, 1964 Civil Right
Act; Violations; 1-13, -5 to 22, 24-38, 42-44, 49, 53, 57, 56, 57, 61-64,
70-73, 96-99, 110-113-116, 119-121-124, 131.


Chip Seaman, Sgt APD: Officer Seaman orchested most of the
early arrests, conspired with Leon Murray, Jim Crowley, Bill
Linn, when "Fundamentalist Terrorists" a Klu-Klux-Klan like
band of about 60 people at 1st Baptist Church, under the
homophobic leadership of Sr. Pastor Steve Woodrow, de-
manded "Conversion Therapy" with the threat of "being
turned over to the Aspen Police" if she refused. Violations;
1-13, 5 to 22, 24-38, 42-44, 49, 53-57, 61-64, 70-73, 96-99, -110, 113-116,
119, 121-124. He constantly harrassed her to come to the
police station "to talk," deceptively pretending to "be her
friend" in menacing, conspiracy & torture. Alleged 2nd degree
attempted murder 18-2-101-103 (2014).

page 14

Kurt Wheatley, APD Officer: Arresting Officer in case 15 M137 when she was falsely incarcerated March 6, 2015 with blockage of cancer grant for at home care. Her cancer meds were locked in the jail basement by Officer Lee Leibmann in an act of premeditated murder by the people under the supervision of County Mgr. Jon Peacock and Sheriff Joe DiSolva. Don Bird, jailer never authorized for any cancer meds to be administered in jail then transferred JBH to Park County Jail, a town with no medical care. The case Officer Wheatley agreed to arrest this elderly innocent inmate was arrested on was later dismissed for lack of probable cause. Violations: 1-13, 5-22, 24-38, 42-44, 49, 53-57, 61-64, 70-73, 96, 99, 110, 113-116, 119, 121-124. He was the most courteous of all officers. 131.


Adam Loudon, Officer APD: With every arrest, JBH, filed a report with APD of actual events surrounding what she considered unjust. Officer Loudon refused and discarded her affidavit in her presence stating that his report was the only one that would be filed. There after JBH took her account of events surrounding the arrest to the Records Clerk, Kathleen Tracey, then at some point Ms. Tracey also refused the defendants reports stating that the true account of the incident would appear in "Discovery." The reports by JBH have never been presented in the

Page 15

"Discovery" and when she rebutted revealing false
reports in the Aspen Police Dept. reports she was
charged with false reporting, convicted and incarcer-
ated. This case filed in federal Court is an effort to
reveal the corruption in the Aspen Police Dept. and the
"State" in deceptive, malicious, tortuous, abusive actions,
1-13, ° 5-22, 24-38, 42-44, 49, 53-57, 61-64, ° 70 to 73, 96,
99, 110, 113-116, 119, 121-124, 131.

Jim Crowley former Detective APD: Jim Crowley was
fired from APD after he falsely and deceptively revealed
the wrongful injunction imposed by the Colorado Bd.
of Medicial Examiners, now called Bd. of Medicine. He
is the officer that conspired with Bill Linn, John Rushing,
resulting in the 1st arrest of JBH life at age 65 at 1st
Baptist Cross roads Church when she and Nancy Lee
Wall were preparing coffee & pastries for the hospitality
hour as they had done since 2001 (except for the year of
"Conversion Therapy" to "cure Dr. Hamilton from being
a Lesbian" under the teachings of Brunhilda Schloffer.
Violations: 1-13, 5-22, 24-38, 42-44, 49, 53-57, 61-64, 70-73,
96, 99, 110, 113-116, 119, 121-124. Collaboration in: 83, 84, 85,
86, 87, 88, 89, 90, 97, 131, Alleged 2nd degree attempted murder 18 3 61 103

Leon Murray, Investigator in case 08C13 with deceptive
reporting dismissed 6 months later by Judge Gail

Page 16

Nichols. Officer Murray was removed from Aspen Police force thereafter. He could be charged with the 10 year cascade resulting in JBH current fatal diagnosis and cause of impending death. To read his police reports breaks her heart. Prior to this both JBH and Nancy Lee Wall respected the Aspen Police. Violations: 1-13, 5-22, 24-38, 42-44, 49, 53-57, 61-64, 70-73, 96, 99, 110, 113-116, 119, 121-124, 131.

<u>Jim True, City Atty.</u>: The complaints filed with Jim True commenced in 2004 when he was Asst. City Atty. and she was forcefully kidnapped (1st Degree) by Ralph & Marian Melville and taken deceptively to a clandestine meeting outside the City limits of Aspen to the home of Carl & Katie Bergman where she was told: (a) She could never see Nancy Lee Wall again, (b) She must return the Range Rover car given legally to her by the younger brother of Ms. Wall, Charles R. Wall (c) she must go "back to Texas to "work on her marriage" (to her abusive husband), (d) She must submit to the teachings of Brunhilde Scheffler to "be cured of being a lesbian," or (e) be turned over to the Aspen Police "showing "<u>State Action</u>" from the outset from this 10 year cascade of abuse. <u>Lugar v. Edmundson Oil Co.</u>, 457 U.S. 922, 937 (1982), with threat of the original perpetrators to the City, Police arrest at the church, with complaints filed with the City Atty. for the enforcement of State Laws CRS 18-9-121 and civil rights statutes, to complaints filed with the Civil Rights Division of DORA, to incar-

page 17

ceration in state facilities, to fraudulently accused
injunction by State Bd. of Medical Examiners to neglect
by the courts, the Atty. General and elected officials
in the legislature; Actions of private individuals and
entity Defendants are clearly attributable to the State.
In fact from 2013 forward Dr. Hamilton was told by all
Aspen Police that they refused he pleas for protection and
she must go directly to Jim True, an employee of the
State. She has shown that all non-governmental actors
(named defendants) were "acting" under color of state law.
Many individuals "took the law in their own hands" enforc-
ing what they believed to be state law. One major
example is the mandated "Conversion Therapy" or be arrested
by the Aspen Police, a violation of seperation of church
and state, an obstruction of constitutional rights by
each named defendant in this ammended complaint.
Violations: 1, 3 (rejected motions filed for hearing in
municipal court and to accepted complaints for
this rightful city attorney to represent her and
protect her against the discrimination and torture
of her homophobic perpeterators. Jim True openly
stated that he would not accept a sexual orientation
discrimination case or enforce Aspen City Ordin-
ance 15-045.10 and City Code 60 passed in 1977, 4
5, 6 (he supported Ralph Melville and the Religious Extremi-
sts, 7, 8, 9, 10, 11, 12, 13, 14, (federal crime), 15, 16, 17, 18, 19

page 18

Jim True Continued: 20, 21, 22, 23(APCHA), 24, 25, 26, 27,
28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40(a)(b)(c)(d) 41,
(supported Ralph + Marian Melville in Kidnapping) 42,
43(through APD), 44, 49, 50, 51, 52, 53, 54, 55, 56, 57, 59,
60, 61, 63, 64, 65, 67, 68, 69, 70 (Peter Waanders, Public Accom-
modation) Pat Marquis (housing) Carl's Pharmacy - public
accommodation + employment, Ralp Melville (employ-
ment, housing, public accommodation, etc.; 71, 72,
73, 96, 97, 98, 99, 100 (churches in Aspen, places of
public accommodation 15-04-570, Code 60, 104, 110(a)
110(b), 113, 114, 115, 116, 118, 119, 120, 121, 124, 126, 128, 129, 131,
132, attempted alleged 2nd degree murder, 18-2-101 + 103(2014).

Laura Koenig, Public Defender: 1-38, 40(a-d), 42-44, 50, 52,
53-54, 56, 57, 58, 59, 61-63, 70, 71, 73, 96, 97, 98, 99, 100, 110(a) 110(b),
113, 117, 118, 120, 121, 124, 130, 131, attempted 2nd degree murder, alleged 18-2-101-103(2014)

Tina Fang, Public Defender: 1-38, 40(a-d), 42-44, 50, 52, 53-54,
56-59, 61-63, 70-71, 73, 96, 97, 98, 99, 100, 110(a-b) 113, 117, 118, 120, 121,
124, 130, 131, 132, attempted alleged 2nd degree murder, 18-2-101-2
(2014)

Matt Morris, Public Defender: 1-38, 40(a-d), 42-44, 50, 52, 53-54,
56-59-61-63, 70-71, 73, 96-100, 110(a-b) 113, 117, 118, 120, 121, 124,
130, 131, 132, attempted alleged 2nd degree murder.

Sherry Caloia, District Atty.: 1-38, 40(a-d), 42-44
(indirectly), 49, 51, 52, 53-58, 61, 63, 64(are they guilty?) 65,

page 19

<u>Sherry Caloia, DA</u> continued: 70, 71, 72, 73, 75, 82, 89, 90, 96, 97, 98, 99, 100, 106, 110(a-b), 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 124, 127, 128, 129, 130, 131, 132, attempted 2nd degree murder

<u>Peter Beyel, Deputy DA:</u> 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63, 64, 65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a-b) 111-122, 124, 127, 128-132, torture, extreme emotional distress to elderly protected party Evans v. Romer (1996). Homophobia, bias, prejudice, defendant "Lynch Mob, Religious Extremists" blocking Lesbian's freedom of religion. She believes that God loves all the same, gay & straight, attempted murder.

<u>Graham Jackson, Deputy D.A.:</u> 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63, 64, 65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a-b) 111-122, 124, 127 128-132, torture, inflicted extreme emotional distress to elderly protected party Evans v. Romer (1996). Homophobia, bias, prejudice, defendant allowed "Lynch Mob, Religious Extremists" to violate the Plaintiffs freedom of religion, she believes that God loves all the same, gay or straight, attempted alleged 2nd degree murder 18-2-101 (3(A)

<u>Andrea Bryan, Deputy DA:</u> 1-38, 40(a-b), 42-44, 49, 51-58 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110 (a+b) 111-122, 124, 127, 128-132, torture, inflicted extreme emotional distress to elderly protected Lesbian, Evans v. Romer (1996-U.S. Supreme Court) attempted alleged 2nd degree murder, 18-2-101 103 (2(A), foreclosure, bankruptcy.

page 20

Arnold Mordkin, Deputy DA: Cases 10CR76, 11CR38, Violations:
1-38, 40(a-d), 42-44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96,
97-100, 106, 110(a:b), 111-122, 124, 128-132, torture, inflicted
extreme emotional distress to elderly protected Lesbian, Evans
v. Romer (1996-U.S. Supreme Court) attempted alleged 2nd degree
murder, 18-2-101 & 103 (2015), caused foreclosure & bankruptcy.

Martin Beeson, DA 2008-2013: 1-38, 40 (a-d), 42-44, 49, 51-
58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a:b), 111-122,
124, 128-132, torture, inflicted extreme emotional distress to
elderly protected Lesbian, Evans v. Romer (1996-US Supreme
Court) attempted alleged 2nd degree murder 18-2-101 & 103 (2015),
When Dr. Hamilton met with him in his office in 2011 and
asked him to dismiss 08CR13 he stated "Have you
repented from being a Lesbian?!" Bias, prejudice,
homophobia evidence, no just trials then or now.

Joe Kraebacher, Atty. for Elders of 1st Baptist Church:
who falsely arrested JBH, the first arrest of her life
after JBH successfully completed "Conversion Therapy"
to be "cured of being a Lesbian". No personal jurisdiction,
Rule 12(2)(b), 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63-65, 70-73,
75, 82, 89, 90, 96, 97-100, 106, 110(a:b), 111-122, 124, 128-132,
torture, inflicted extreme emotional distress to
elderly protected Lesbian, Evans v. Romer (1996) U.S.
Supreme Court, attempted alleged 2nd degree murder
18-2-101-103 (2015). Separation of church & state violated.

page 21

Sara Oates: Attorney for Clients: Bergman, Melville, Nirshel, Ayers who tortured JBH and committed 2nd degree alleged murder 18-2-101 & 103 (2015). Violations by Ms. Oates: 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a:b), 111-122, 124, 128-132, attempted alleged murder 18-2-101 & 103 (2015), foreclosure and bankruptcy outcomes due to injustices by clients.

Leonard Oates: Law firm hired John Steven Johnston to torture JBH, who tampered with witnesses as a Pro Hac Vice atty. from Missouri, who committed: 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a:b), 111-122, 124, 128-132, advised his daughter Sara Oates in torture by Bergman, Melville, Nirschel, Ayers clients (also defendants in this case in Federal District Court.

Lawson Wells, Atty for Blanca O'leary: 1-38, 40 (a-d), 42-44, 49, 51-58 (banned from voting at Democratic caucus), 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110 (a:b), 111-122, 124, 128-132, advised Blanca O'leary to file restraining order. Lawson Wells threatened JBH to leave Aspen and never return or she would be arrested again, conspiracy, attempted 2nd degree alleged murder CRS 18-2-101 & 103 (2015), torture with discrimination.

page 22

Tom Smith, Attorney for APCHA: Advised Tom McCabe, Joana Green, Cindy Christian and Cindy Tucker Davis to evict JBH from Aspen Country Inn, in conspiracy with Judge Erin Ely with torture and malice. Violations: 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a:b), 111-122, 124, 128-132, attempted 2nd degree murder 18-2-101:103(2015), torture with discrimination.

John Steven Johnston, Pro Hac Vice: Hired by Oates Law Firm who tortured, abused, intimated and committed alleged 2nd degree murder, CRS 18-2-101 and 103(2015). Violations: 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a:b) 111-122, 124, 128-132, attempted 2nd degree conspiracy, extortion, menacing, tampering with witnesses, abuse of Narcy hee Wall. Currently before the Colorado Supreme Court with complaint under investigation of Attorney Regulation Counsel, Jim Coyle, Executive Director for discipline and removal of Pro Hac Vice.

Tom McCabe, Former Director of APCHA: Conspired with Cindy Tucker-Davis, Tom Smith, Cindy Christian-son, Judge Erin Ely & APD to evict JBH from Aspen Country Inn; Violations: 1-38, 40(a-d) 42-44, 49, 51-58, 61, -63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110 (a:b), 111-122, 124, 128-132, attempted 2nd degree con-

page 23

spiracy to committ 2nd degree murder in his role to incarcerate, JBH in Pitkin County Jail where no cardio, osteoporosis or cancer meds are allowed, treatment by M.D Anderson Specialist in Immunotherapy began in 2006.

Cindy Tucker-Davis: Administrator Aspen Country Inn: Orchestrated eviction of JBH based upon false reports and sexual orientation by Joana Green, Conspired with Tom Smith, Erin Ely, Tom McCabe, Cindy Christian and others. Violations: 1-38, 40(a-d) 42-44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a:b) 111-122, 124, 128-132, She sold out to false reporting.

Cindy Christianson Asst Mgr. APCHA: Ms. Christianson resisted rental from the beginning. Knowing that Jan B. Hamilton had been arrested at 1st Baptist Church and is a Lesbian which she read on the front page of the Aspen Daily news by Rick Carroll. She was very hostile with anger and rage, after that. Violations: 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a:b), 111-122, 124 128-132

Mike Kosdrosky Current APCHA Mgr: Showed bias and prejudice, never returned phone calls or messages left by Jan B. Hamilton to discuss the

false reporting by Joanna Green & Bill (her upstairs
neighbor who never followed the fire safety rules with
his barbeque grill surrounded by flammable debris).
When JBH reported him and Joanna Green circulated a
petition to have JBH evicted, Tom McCabe & Cindy Tucker
Davis came to tell her she had to move. After Tom Smith
filed eviction lawsuit and JBH was incarcerated at 8:30
p.m. after the trial a new cascade of arrests commenced.
Charles R. Wall was retiring so she couldn't go back to
777 & 781 Castle Creek Dr., his 2nd home in Aspen. New York
had been his primary residence, JBH found free market
housing on Dean St. She was charged $15,000.00 in attorneys
fees from the eviction based upon bias & prejudice
that had commenced when she was arrested at 1st
Baptist Church after the Elders learned from
Betty Cipriano that Jan B. Hamilton were lovers. Violations
by APCHA: 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63-65, 70-73,
75, 82, 89, 90, 96, 97-100, 106, 110(a:b), 111-122, 124, 128-132.
Due to conspiracy with Tom Smith, Tom McCabe, Cindy
Tucker-Davis & Cindy Christian.


Joanna Green, 1st Baptist Church, neighbor Aspen Country
Inn: Ms. Green collaborated and conspired with the
Elders of 1st Baptist Church to have JBH arrested
after she completed the year of "Conversion Therapy" to
be cured of being a Lesbian. Dr. Hamilton & Ms. Green met

page 24

at the home of Brunhilda Schoffer a Wed. night Pot Luck Women's bible study, soon after Nancy Wall and Jan Hamilton, two Chi Omega sorority sisters fell in love, I never occured to JBH to keep it a secret. She expected everyone to share her happiness, She had never experienced discrimination having been married to a Texas lawyer for 46 years. Plus Aspen was celebrating 30 years of Gay/Lesbian Ski Week! However her open, joy & bliss backfired, Brunhilda Schoffer was assigned by the church to "cure her of being a Lesbian" called "Conversion Therapy" and Joanna Green filed a restraining order, another first At the end of her "classes" when she was invited back, she and Nan were making coffee & pastries for the fellowship time between services, Bill Linn, APD entered the fellowship hall and arrested her for 3rd Degree Trespassing. When she asked if she could show him the letter of invitation, he accused her of resisting arrest, hand-cuffed her behind her back and escorted her to a waiting patrol car in the alley. She learned later that Derek Brown and Marian Melville called the police. Violations by Joanna Green are: 1-38, 40(a-d), 42-44, 49, 51-58, 61, 63-65, 70-73 75, 82, 89, 90, 96, 97-100, 106, 110(a+b), 111-122, 124, 128-131. All efforts to reconcile with Ms. Green resulted in arrest by APD.

Gail King, M.D. Aspen's Women's Care: JBH had gone to this Clinic for Gyn. Care under Kenton Bruice, M.D., and Michelle Schultz, Gyn/M.D. for pap, mammogram and osteoporosis

page 25

care, however when Gail King saw the newspaper stories of the multiple arrests in stories with front page pictures by Rick Carroll she refused care, and the dispute over a D.i.C. performed by Michelle Schultz, M.D. when American Family Insurance refused to pay the pre-certified bill. After several months of legal battles with the insurance company the bill incurred with Michelle Schultz, M.D. was paid. Now, the only apparent reason that JBH can't go back is Dr. King's homophobia. The office is a place of public accommodation. Discrimination is a violation of local, state, and federal laws. Violations include: 1-38, 40(a-d), 44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a+b), 111-122, 124, 128-132, all efforts to find "common ground" are rejected with rage, anger and hostility, bias and prejudice.


Steve Barwick, City Mgr. Aspen City Ordinance 15-04-570 and City Code 60 clearly states that complaints for discrimination must be filed with the City Mgr, however, after 7 years, Mr. Barwick has never responded to the 13 written complaints. With his cooperation, the disputes with the Aspen Police, multiple arrests by homophobic citizens could have been resolved with mediation Dr. Hamilton's preference. Most recently he ordered APD Jeff Fain to confiscate the mailings of complaints to the defendants in Federal Case 1:15-cv-01101 CBS. Had he enforced Pat Marquis' refusal to show property 777-781 Castle Creek Dr. the Sept. 3-4 misdemeanor trial would not be necessary.

page 26

Steve Barwick continued: Violations include 1-38, 40(a-d), 44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a+b), 111-122, 124, 128-132. All efforts to meet with Jim True, City Atty, City Council have proven fruitless. The bias, prejudice at City Hall may improve now that Bert Myrin, gay councilman is elected.

Mick Ireland former Aspen Mayor: JBH began to seek common ground when Mick was Mayor yet bias & prejudice from Bill Linn (APD-1st Baptist) could not be suppressed. It appeared that APD officers were trying to defend the false arrest at 1st Baptist in 2005. The game plan to "run her out of town" became a goal under the leadership of Mick Ireland. Violations include 1-38, 40(a-d) 44, 49, 51-58, 61, 63-65, 70-73, 75, 82, 89, 90, 96, 97-100, 106, 110(a+b) 111-122, 124, 128-132.

Becky Ayers President of the Blue Ladies Aspen Valley Hospital: For several years JBH and Nancy Wall volunteered but after the wide publicity of multiple arrests by Aspen citizens; town fathers Ralph Melville & Carl Bergman in whose homes Jan & Nan attended weekly for 4 years as "closeted lesbians" Becky Ayers became very disenchanted with JBH. Then in 2006 Tom Hamilton canceled her credit cards and the payment was denied on a large #125.00 purchase for wedding and graduation gifts at the hospital gift shop. Thereafter, Ms. Ayers asked Dr. Hamilton to resign her Monday afternoon shift with Marian Davis. Violations: 1-38, 40(a-d), 44, 49, 51-58, 61, 63-65, 70-73, 75,

Becky Ayers, continued:                                      page 27
82, 89, 90, 96, 97-100, 106, 110(a:b), 111-122, 124, 128-132. Ms.
Ayers also orchestrated JBH being banned from St. Peters
Episcopal Church in Basalt, Co.

Steve Woodrow, Sr. Pastor 1st Baptist/Crossroads Church,
Electrical Engineer, Texas Tech University, grew up in West Texas,
the "homophobia capitol" of the world. When he learned of
the lesbian relationship of Jan: Nan and Sharon Barnes
heard of the injunction when Dr. Jan B. Hamilton, graduate
of LSU, Pennington Research Center, and she asked for a refund
of services for her diabetic daughter, he panicked and
called Tom Hamilton, Jan's husband of 41 years and
reported his concerns, he then called the Elders who
determined that this was a blight on the church. 6 mos.
later Jan was taken to a clandestine meeting by Ralph
: Marian Melville to the Meadow wood home of Carl and
Katie Berg man where she was placed on "Church
Discipline" and told she must meet weekly with Brunhilde
Schoffler for "Conversion Therapy" or be arrested and
"turned over to the Aspen Police. She finished and recieved
a letter from the Elders stating she could return to
the church. Both letters are filed with the 9th Judicial
Court and the Supreme Court of Colorado. The day
she went back she was arrested for 3rd Degree
Criminal Trespassing by Bill Linn, APD, the first
arrest of her life. For the next 7 years she was

page 28

harassed and abused. In the spring of 2011 she filed
59 civil lawsuits against what she calls the
"Lynch Mob" of "Religious Extreme Terrorists" after
she had sought peace and reconciliation at
Easter and Lent celebrated at Christ Episcopal
Church guided by Rector Bruce McNab. In retal-
iation, they filed criminal extortion, stalking
and criminal intent charges in 11CR35 & 11CR38 ~~#2~~26
alleged felonies, with a $300,000.00 cash only bond.
She spent over two years in jail without trial.
On May 31, 2013 over two years later all 26 alleged
felonies were dismissed in a plea bargain
in trade for 2 misdemeanor pleas. She took the
cases to the Colorado Supreme Court and recently
filed a case against them in Federal District
Court 1:15-cv-01107, for alleged murder 2nd degree
attempted & 18-2-101 & 103 (2015). She is currently
facing 64 months in jail due to 3 more misd-
emeanor arrests by "Religious Extremists" opposed
to her requests to schedule her upcoming
Lesbian wedding at Christ Episcopal Church.
Mr. Melville has followed her from church to
church orchestrating more arrests, now added
to the penalties for violation of probation in
the original 10CR, 11CR281st Baptist cases. Steve
Woodrow says she is decieved by the devil and will burn in
hell to be a Lesbian. She believes that she and Nan are

Steve Woodrow (continued)                                      page 29
called by God to show others that God's love is unconditional.
Violations: 1-38, 40-44, 49, 50-57, 61-68, 71-76, 82-91(indirectly)
96-102(legal process) 103-106 (jurisdiction with church punishment, 110-132
death by neglect of State in conspiracy with Steve Woodrow, his
conspirators, and law enforcement. Steve Woodrow influenced over
300 people to discriminate against Jan B. Hamilton, a lesbian.


Derek Brown: Asst. Pastor Crossroads (1st Baptist previously)
Violations: See Steve Woodrow narrative. Derek Brown was
a conspirator, 1-38, 40-44-49, 50-57, 61-68, 71-76, 82-91(indirectly)
96-102(legal process) 103-106 (jurisdiction with State, operating under
Color of Law; 110-132.


Blake Appleby: Chair of Bd. of Elders 1st Baptist Church:
Former patient who didn't pay after he heard Sharon
Barnes accusations that JBH is a fraud, the purported
lover of Steve Woodrow. See Woodrow narrative. Blake Appleby
is a conspirator of Woodrow. Violations: 1-38, 40-49, 50-57, 61-68
71-76, 82-91(indirectly), 96-102(legal process), 103-106 (operated in
the role of the State under color of the law.) 107-132.


Board of Elders of Crossroads & 1st Baptist Church:
I do not have access to the names of past and present
actively involved in current law suits before Colorado
Court of Appeals (15CA107 and 15CA108). I'll send you the
names if my Habeas Corpus for unrestrained release

Board of Elders: Crossroads & 1st Baptist continued
from custody is granted and I can access the information
online. The issue of tax empt status is in question with
back payment for the past years in their decisions to
act under Color of Law with the State. Violations of each
individual: 1-38, 40-49, 50-57, 61-68, 71-76, 82-91 (indirectly) 96-102,
(legal process) 103-106, 107-132. See Woodrow narrative.

Brunhilda Schoffler, "Conversion Therapy" teacher; a clerk in
Carl Bergman's Hdwe. Store, no credentials, at "kidnapped"
secret meeting where BH was taken by Ralph & Marian
Melville by force with deception in the back seat of their
Passat (grey) car, Ms. Schoffler was given (or she volunteered)
the task of "curing JBH of being a Lesbian". Violations:
1-38, 40-49, 50-57, 61-68, 71-76, 82-91 (indirectly) 96-102 (legal process)
103-106, 107-132. Operated under Color of the Law.

Bill Hodges Atty for Brunhilda Schoffler, Betty Cipriano &
Pat Marquis: Conspired with violence, rage and uncontrolled,
paranoia against JBH Lesbian lifestyle. She, previous to
the "outing" by homophobic "Lynch Mob", attended parties in
his home on Red Mtn. Violations: 1-38, 40-49, 50-57, 61-68,
71-76, 82-91, 96-102 (legal process) 103-106, 107-132. See Woodrow
narrative (he is member of this church). He operated under Color of Law.

Linda Davis: Director of Women's Programs at Church
A "healed" Lesbian, tried to convince JBH to forsake her

Linda Davis (continued)                                      page 31
committed relationship with Nancy Lee Wall. When Ms.
Davis forsook her relationship with Abigail, her hair
fell out. JBH consulted on nutritional deficiencies and
potential thyroid involvment and recommended testing.
See Woodrow narrative. Violations: 1-38, 40-49, 50-57, 61-68,
71-96, 82-91, 96-102 (legal process), 103-106, 107-132. She
collaborated with the Board of Elders & Woodrow, see
narrative. She operated with the State under color of law.

Ralph Melville Elderly Biased, Prejudiced, male who called
Tom Hamilton to ask (as did Steve Woodrow) "What do you
want us to do with Jan?" Then he & Marian kidnapped Jan
in their car stating that they were "going to an early bible
class," forcing her beyond her will into the back seat of
their grey Passat car." At the meeting at the Bergman
home she was told: (a) She could never see Nancy again (b) She must
give back the Range Rover car given to her by Charles R. Wall, the
younger brother of Nancy, (c) She must go back to Texas to
"work on her marriage (to abusive husband)" (d) She must submit
to the teachings of Brunhilda Schuffler, or (e) She would be
"turned over to the Aspen Police for arrest." JBH was mort-
ified and went home with Ms. Schuffler, she completed the
process and held the letter to be accepted again in her
bible about 30 feet from the site of the arrest by Bill Linon
and John Rushing APD Officers. See Woodrow narrative.
This vendetta continues today with false arrests, false

page 33

Ralph Melville continued: Ralph + Marian have followed her to Christ Episcopal Church conspiring for her arrests in cases 14M30, 14M92, 14M43, 14M239, 14M263, 14M137 (dismissed) and 15M191 with current 64 months in jail sentenced and serving and three upcoming trials, Sept. 3-4, 18, and the case involving confiscated mail by Jeff Fain yet to be set for trial. He blocked the summons and complaint from going to the Melvilles and 200 others in 8 bankers boxes currently held at the Aspen Police Dept, adding evidence to the 10 year conspiracy orchestrated by the Melvilles, who operated under the Color of the Law. See Woodrow narrative. A new conspiracy is at Aspen Community Methodist Church where jailer Don Bird serves in leadership. When JBH asked Mike Nickerson about scheduling her Lesbian wedding, he wrote her a letter threatening her arrest if she returned to the property. Violations: 1-38, 40-49, 50-57, 61-68, 71-76, 82-91 (96-102 (legal process), 103-106, 107-132. JBH has been a member of this church since 1998, she is a borne again christian as her fiance, Ms Wall.

Marian Melville: Conspiracy, attempted murder, extortion, menacing: Ms Melville is abused by Ralph Melville and became very jealous of the "intimate friendship" between Nancy Lee Wall and Jan B. Hamilton. She began her vendetta to seperate the 2 women in 2002 when she saw JBH driving the 1995 Range Rover car. She became more aggressive when she realized JBH was sleeping at 777-787 Castle Creek Dr.

Marian Melville continued:                                    page 33

and accused JBH of stealing the car and operating her office
at 720 E Hyman #201 with false credentials (untrue). The
title to the trasfer of the car and Dr. Hamilton's credentials
are filed with the courts. She "masterminded" the 2011 arrests
with the 26 alleged felonies later dismissed after 2 years in
jail awaiting trial on a #300,000⁰⁰ cash only bond. This is a
major challenge for pro se party (now indigent) 74 year old to
prove while locked in isolation in Park County Jail. The
Melville's built the Mtn. Chalet, one of (if not the 1st) ski lodge in
Aspen, founded the Baptist Church and are generous donors
for free lodging to those in need. They have been honored
as Man & Woman of the Year in Aspen as have their conspira-
tors Carl & Katie Bergman where Ms. Wall & Dr. Hamilton
attended weekly bible classes for 4 years prior to the "outing"
by Betty Cipriano and Brunhilda Scholler with Janna Green.
   The criminal intent became more obvious when
Marian Melville tried to run JBH off the road with
her Audi station wagon at the corner of Power Plant Rd,
and Cemetary Lane on Sept. 1, 2013 when Dr. Hamilton was
on foot intending to invite Ms. Melville to lunch. Dr.
Hamilton ran behind a large rock, the Mrs. Melville
swerved toward the rock, then in a 3rd attempt tried to
back into her victim as Dr. Hamilton tried to reach her
car, a 1994 white Lincoln town car. Dr. Hamilton reported
this to the Aspen Police. Chip Seaman refused to file
charges, again evidence of operating under the Color
of Law. Violations: 1-38, 40-27, 61-68, 71-76, 82-91, 96-102

Page 34

103-106, 107-132, attempted murder, 2nd degree, 18-2-101-103 (2015).
Was Nancy Lee Wall aware of this cascade of ultimate
fatal outcomes — JBH believes the answer is "yes"
Ms Wall's favorite T.V. show is "Law = Order with
Criminal Intent."

Craig Melville, Son of Ralph & Marian Melville, Mgr. of
Mtn. Chalet Ski lodge: Denied lodging, housing, employ-
ment, public accommodation with Aspen Police on
sidewalk after invited (by Jonathan Brice-Rector)
prayer breakfast on Sept. 10, 2014 - Color of law.
Blocked right to vote at Democratic Caucus
arranged by Blanca O'Leary (another defendant).
Violations: 1-38, 40-57, 61-68, 71-76, 82-91, 96-102, 103-106,
107-132, conspirator with criminal intent. See Woodrow.

Employees of Mtn. Chalet: Willingly agreed to
refuse lodging, employment (wouldn't give JBH a
application to fill out). Violations: 1-38, 40-57, 61-68,
71-76, 82-91, 96-102, 103-106, 107-132, conspirators,
operating under Color of law. See Woodrow.

Carl Bergman: Owner of Carl's Pharmacy, Miners
Bldg, hosted bible class and "Conversion Therapy"
mandating clandestine meeting. Accosted Dr.
Hamilton in Aspen Valley Cancer Tmt. lobby screaming

Carl Bergman continued                                    Page 35

103-106, "You are a beast, deceived by the devil, you
will burn in hell!" Penny Hatter, hospital security
officer protected Dr. Hamilton strapped in a wheel
chair with arm hand-cuffs, leg chains by Deborah
Kendricks, Deputy. Reports were later reported to
Elaine Gerson, RN, J.D. hospital attorney, Dan Bonk,
hospital administrator, Jennie Dykes and to
John Sarpa, Interim Administrator. Due to the
status of the Bergmans in the Aspen Community
no charges were ever accepted by APD or City
Mgr. Steve Barwick or City Attorney Jim True. This
became a pattern in the many pleas (written and
oral) in the proper statutory venues, also to
County Atty., County Commissioners & City Council.
Violations: 1-38, 40-49, 50-57, 61-68, 71-76, 82-91 (indirectly)
96-102 (legal process) 103-106, 107-132, See Woodrow narrative.

Katie Bergman: Co-owner of Carl's Pharmacy and
the Miner's Bldg. Hostess of 4 yr. Bible Class and
"Conversion Therapy" clandestine "legal" meeting where
she operated under the Color of Law without personal
jurisdiction Rule 12(2)(6), to force another person into
"Involuntary Servitude" 13th Amendment. See
Woodrow narrative. Violations: 1-38, 40-49, 50-57, 61-68,
71-76, 82-91 (indirectly) 96-102 (legal process) 103-106-107-132,
with intentional attempted alleged 2nd degree murder.

page 36

All employees of Carl's Pharmacy & Miners Bldg.: Unlawfully called police to arrest Dr. Hamilton when she was peace- fully making purchases, getting her cancer and osteo- porosis meds, in a place of public accommodation, Aspen City Ordinance 15-04-570, City Code 60, CRS 24-34-601. See Carl: Katie Bergman narrative, implicating others in their conspiracy. Violations: 1-38, 40-57, 61-68, 71-76, 82-91 (indirectly) 96-106 to 132, with humiliation & bodily harm.

Betty Cipriano: Member of bible class where Jan met her in the Wall home at 777-781 Castle Creek Dr. and where Ms. Cipriano found the two lovers in a romantic setting on their anniversary. Ms. Cipriano was the informant to the bible class and Bd of Elders 1st Baptist Church. She was previously the landlord of JBH when Charles R. Wall came to Aspen. She (JBH) rented a bedroom with kitchen priviliges. She paid Ms. Cipriano over time, and worked in the yard after Jim Crowley's negative false reporting by Rick Carroll, reporter Aspen Times, previously with Aspen Daily news, impacted her career with patient referrals from Aspen physicians and other healthcare providers. Ms. Cipriano is employed by the Melvilles, owners of the Mtn. Chalet. Violations: 1-38, 40-57, 61-68, 71-76, 82-91 (indirectly) 96-132.

Pam Fisher: Director of Women's Programs at 1st Baptist Church (before Linda Davis). Hostess for Bed & Breakfast where JBH stayed prior to two surgeries in Scottsdale, Arizona. After

Pam Fisher (continued)                                    page 37

learned that JBH is a Lesbian she has refused to allow
her to stay again. When JBH asked for invoices of her
payments with remaining debt, she refused which makes
her (Pam Fisher) suspiciously guilty of income tax
evasion. JBH thereafter left a check with John Fisher to
pay the balance. No receipt has ever been provided after
multiple requests. Violations: 1-38, 40-57, 61-68, 71-76, 82-91
(indirectly) 96-132. See Woodrow narrative.


John Fisher: Member of Bd. of Volunteers at 1st Baptist Church,
Supported arrest of JBH on May 22, 2008. Letter written to
all male leaders to seek reconciliation, repentance and
forgiveness, rejected by all recipients of letter on file at
Pitkin Co. Records Office with Kathleen Tracey, Violations:
1-38, 40-57, 61-68, 71-76, 82-91 (indirectly) 96-132, bodily harm.


Jill Westerlind: Owner of Jill's Carpets, Member of 1st Baptist.
Violations: 1-38 and 40-57-61, 68-71-76, 82-91 (indirectly) 96-132.


Don Westerlind: Testified in case 11CR35 with perjury under
oath to conspire with Carl Bergman, Ralph Melville and 1st
Baptist Elders, Violations: 1-38, 40-57, 61-68, 71-76, 82-91, 96-132.


David Mason: Bd. of Elders, 1st Baptist, taught church
sponsored bible class and Crown Ministries, testified in 11CR35
& is complainant in 15CA108 (11CR38). Violations: 1-38, 40-57, 61-68, 71-
76, 82-91, 96-132. Operated under Color of Law, forcefully.

Page 38

Rick Borchvec: Bd. of Elders, 1st Baptist. Violations: 1-38, 40-57, 61-68, 71-76, 82-91, 96-132, Color of Law violator.

Doug Rovira, M.D. Oncologist, Aspen Valley Hospital: 108, 110(a+b) 115 with indirect impact on 1-38, 40-57, 61-68, 71-76, 82-91, 96-132, no tmt. said

Kim Scheuer, M.D. Internal Medicine: Refused medical care, Violations: 5, 8, 9, 10, 11, 12, 13, 15, 18, 19, 22, 24, 25, 27, 28, 30, 31, 32, 34, 35, 36, 37, 38, 40(d), 42, 52, 53, 54, 56, 57, 61, 63, 83 (indirectly) 104, 110(a+b), 114, 115, 128, 131.

Dewayne Neiber: M.D., Conspirator with Kim Scheuer in denial of Medical care. Violations: 5, 8-13, 15, 18-19, 22, 24-25, 27-28, 30-38, 40(d) 42, 52-54, 56-57, 61, 63, 83 (indirectly) 104, 110(a+b) 114, 115, 128, 131.

Paula Nirchel: former landlord, staged eviction after she saw Internet stories by Rick Carroll of arrests at churches. Violations: 1-5, 8-11, 13-15, 18, 19, 20, 22, 23, 26, 27, 28, 30, 31, 32, 34, 35, 36, 37, 38, 40(c), 42, 43, 49, 52, 56, 57, 61, 63, 64, 72, 73, 110, 119, 120, 124, 128, 129, 131.

Conspirator with Paula Nirchel who stalked JBH and posted notice to vacate after Rick Carroll's negativ publicity of arrests by "Religious Extremists" opposed to her Lesbian life style in "Lynch mob" tactics Violations: 1-5, 8-11, 13-15, 18-23, 26-28, 30-32, 34-38, 40(c) 42, 43, 49, 52, 56-57, 61, 63-64, 72, 73, 110, 119, 120, 124, 128, 129, 131.

38(a)

Maci Morriss: Flower (alter) Committee Christ Episcopal Church who accepted money for donation of alter flowers on Nancy Lee Walls birthday, later canceled without notice with no refund, no change of policy for previous 12 yrs, by Ms. Morris. Violations: 1, 5, 8, 9, 10, 11, 15, 17, 18, 19, 20, 22, 24, 26, 27, 29, 30, refused testimony to APD Officer Dan Davis, 31, 34, 35, 36, 37, 38, 42, 43, 49 (conspired with Jonathan Brice-Shirley Tipton, 52, 53, 56, 61, 63, 64 (IRS: donation to church tax free?) 66, 67, 68 (in conspiracy with Vestry to cancel alter flower donation) 70, (conspired with church attendee Peter Waanders), 96 (Dan Davis, Jeff Fain APD Officers), 97, 98, 99, 100, 110(a)(b) indirect (canceled alter flowers has resulted in 64 monts in jail), 113, 114, 120, 121, 125 (in connection with Shirley Tipton & Jonathan Brice.) 131

Vestry of Christ Episcopal Church: George Baker Chair, Anne Blackwell, Treasurer, or Secretary, Phillip Salley, and others listed on Church weekly ritual. Plaintiff banned from her church of 12 years by vote of the Vestry with Criminal arrests by Jonathan Brice, Rector, Shirley Tipton, his asst. in training and Peter Waanders in 3 criminal convictions, resulting in over 5 years in jail on 8 misdemeanors. When JBH sent emails to reconcile after the alter flower donation was canceled, she was charged with harassment, trespassing and RO violation. The incident happened in Nov. of 2013 - 22 months ago - she has repented and seek to be forgiven for asking to have a lesbian wedding at her church. She gave alter flowers in honor of her "future wife" for 12 years - now she is a criminal. Why?

Page 39

Vestry Christ Episcopal Church continued: Violations
1-5, 8-11, 15, 17-20, 22, 24, 26, 27, 29, 30, refused testimony to APD
Officer Dan Davis, 31, 34-38, 42-43, 49 (conspired with Jonathan
Brice & Shirley Tipton, 52-53, 56, 61, 63-64 (IRS-state action, is church
now free to claim tax emptions?) 66-68 (cancelation of alter-flowers)
conspired with attendee Peter Waanders who filed criminal charges
Shara Brice called the police in case 15M137 JBH was incarcerated
for 3 mos. without cancer meds (attempted alleged murder 18-2-101
CRS on $30,000⁰⁰ cash only bond, then case was dismissed as
frivilous without probable cause), 96 (Dan Davis & Jeff Fain
APD Officers) 97, 98, 99, 100, 110(a,b), 113, 114, 120, 121, 125 (criminal
neglect by clergy) violation of clergy confidentality which
was obviously supported by vestry & congregation, 131.

Rector & Vestry St. Peter's Episcopal Church: Basalt:
Vestry & Staff of Christ Episcopal Church, Aspen
obviously conspired with our mission church. The
letter given to Officer Dan Davis to give to Dr. Hamilton
stated that she would be arrested if she attended
either church, copy in files with Kathleen Tracey,
Records Dept. APD. Violations: 1-5, 8-11, 15, 17-20, 22, 24,
26-27, 29, 30, 31, 34-38, 42-43, 49, 52-53, 56, 61, 63-64,
66-68, 97, 98, 99, 100, 110(a,b), 113, 114, 120, 121, 125, 131.

Bishop Rob McNiell & Staff Episcopal Dioces of Colorado:
APD Dan Davis told JBH that she talked with Rob O'Niell to
reconcile. She had previously (before criminal arrests) tried
to reconcile and seek a peaceful solution with forgiveness

page 40

in Keeping with the Book of Common Prayer, but the doors
to the building were locked. She left the Christmas
cards stuck in the door. She has often attended St. John's
Cathedral with her life long friends Harriet & Don Peterson.
Will she be able to have her lesbian wedding at St.
John's Cathedral since Jonathan Brice and the Vestry in
Aspen say "No"? Violations due to support of Jonathan
Brice's decisions with Vestry endorsement: 1-5, 8-11, 15-17-20
22, 24, 26-27, 29, 30-31, 34-38, 42-43, 49, 51-53, 56, 61, 63-64,
66-68, 97, 99, 100, 110(a,b), 113, 114, 120, 121, 125, 131.


Jonathan Brice, Rector Christ Episcopal Church: The
Rector accused a member of 12 years as accepted by
Bruce McNab, previous Rector, Jan B. Hamilton as a crimin-
al when she gave alter flowers on Nov. 10, 2013 in honor
of her "future wife's" birthday with committee member
Maci Morris and Chair Margo Gardner approval. Rector
Brice declared that the gift given freely for many years
was against the law and responded in rage in the fellow-
ship hall when JBH asked him to quote the law. Thereafter,
she confided with him (her clergy of confidence) about her
love for Nancy Lee Wall and the previous arrest orchestrated
by Ralph Melville at 1st Baptist Church. She also inquire-
d about having a lesbian wedding at the church
during Gay/Lesbian Ski Week 2015. Soon thereafter, he
and Shirley Tipton filed criminal charges. She is

Page 41

currently serving over 5 years in the county jail, where her cancer meds are blocked. So she is now filing criminal attempted murder charges against Rector Brice and all involved in the unwarranted criminal convictions. She will be 80 years old when she is dismissed from jail. She has filed appeals but her lawyer says that it could take 3-5 years. She was transferred to Park County Jail where she is held 23 out of 24 hours a day in solitary confinement, cruel and unususal punishment. Constitutional Violations are: 1-5, 11, 15, 17-20, 22, 24, 26-27, 29, 30-31, 34-38, 42-43, 49, 52-53, 56, 61, 63-64, 66-68, 97, 99, 110 (a,b) 100, 113, 114, 120, 121, 125, 131.

<u>Shara Brice</u>: Wife of Rector Jonathan Brice: See narrative and same constitutional violations.

<u>Shirley Tipton</u>: Asst. to Jonathan Brice in training: See narrative of Jonathan Brice with same violations of Constutional rights, and appeals to case 14M30, as well as Habeas Corpus. Dr. Hamilton thought she could trust Shirley Tipton in confidence as a Rector in training and staff member of Christ Episcopal Church so in the fellowship hall during the coffee hour on January 19, 2014 she offerred to bring soup to Ms. Tipton as a part of the Mason Jar Ministry due to recent surgery and the loss of her elderly mother. Ms. Tipton became very hostile about the canceled flower (alter)

page 42

donation and called the police and filed criminal
harassment charges. Now there is a mandatory
restraining order so Dr. Hamilton will never be
able to exercise her religious freedom to recon-
cile, a violation of the 1st Amendment to the U.S.
Constitution. Plus Ms Tipton has banned Dr.
Hamilton from political meetings where her vote
is blocked, a constitutional violation. Dr. Hamilton
quietly prays for all her church friends from her
jail cell in Park County Colorado.


Peter Waanders: Christ Episcopal Church, Rotary
Intl. and Aspen Institute Society of Fellows:
See narrative of Jonathan Brice, Shirley Tipton
and the exhibit filed with the Aspen Police and
letters of reconciliation to the Aspen Institute
Life & Current Board of Trustees members,
declared by Judge Paul Metzger in the trial as
the employers of Peter Waanders, which now
implicates people like Retired Supreme Court
Justice Sandra Day O'Conner, Former Secretary of
States Madeleine Albright; childhood friend from
West Texas David Koch and neighbors in their ranches
in Matador, Texas, as defendants in this
case in Federal District Court. Mr. Waanders
with bias, prejudice and homophobia accosted

page43

Dr. Hamilton at the summer celebration an annual
event in the summer of 2010 demanding that she leave
the building or he would call the police as he angrily
grabbed her name tag. It seems that Ralph and
Marian Melville had arrived early and claimed that
they had a restraining order. They were guest of
Charles R. Wall and wanted to keep Nancy Lee Wall
away from Jan B. Hamilton, lesbian lovers "outed"
at 1st Baptist Church. Dr. Hamilton said goodbye to
her friends that she had planned to sit with that the
formal dinner got a refund from Becky Ward and
thanked her friend Robert (Bob) Steele, telling him what
had happened and she went home and called Sgt.
Chip Seaman to report the peaceful departure.
    Then 3 years later Peter Waanders again accosted
Dr. Hamilton with rage in the Paepcke Bldg. as she
was paying her tuition and getting reading
materials for a seminar "Athens to Aspen" a
spiritual journey led by Todd Boyle. No one was
in the building who had previously arrested her
due to her stand for equal human rights so she
filed a complaint with the Civil Rights Commission
Jonathan Winters and Jennifer McPherson, at 1560
Broadway in Denver #1050 zip, 80203.
    Thereafter Peter Waanders filed criminal
charges of harassment to him, his wife & 2 children
in retaliation. He and the Aspen Police Dan Davis,

page 44

Jeff Fain and Chip Seaman although they did not
observe the incidents, testified in his behalf,
She was arrested for the violation of a restraining
order on June 3, 2014 when the restraining order
was not issued until June 16, 2014, obvious police
corruption, bias and prejudice evidence. This
unfortunate 10 year cascade of arrests (18 in 6 years)
commenced when Ralph & Marian Melville, Betty Cipriano,
Carl & Katie Bergman, Steve Woodrow, Blake Appleby
and the "Lynch Mob" of "Religious Extremists,"
demanded that she undergo "Conversion Therapy,"
followed by the first arrest of her life while
she and Ms. Wall were preparing refreshments for
the hospitality hour May 22, 2005 — now in
appeal in subsequent malicious arrests in
Cases 10CR76, 11CR35 and 11CR38, & 15CA107 ÷ 15CA108,
which commenced as 2b alleged felonies, all
dismissed on May 31, 2013 in a plea bargain after
she had spent over 2 years awaiting trial on a $30,000°°
cash only bond. She has currently, recently filed
the Federal Case 1:15-cv-01107 CBS and 5 Habeas Corpus
petitions. She yearns to seek restitution and peace.
Violations of Peter Waanders include: 1-38, 42-43,
49, 52-53, 56, 61, 63-64, 66-68, 97, 99, 110(a,b) 100, 113, 114,
120, 121, 135 131.