For accurate updated addresses:  Contact Pat Zindulka, 1000 1st St., Aspen, Co. 81611 970-925-
7010, and also 1 DuPont Circle NW, Washington, D.C. 20036,
Zindulka@aspeninstitute.org
Defendant, Pat Zindulka, 1 DuPont Circle NW, Washington, D.C. 20036, and 1000 1st St.,
Aspen, Co. 81611. Zindulka@aspeninstitute.org  Phone:  970-925-7010, 970-544-7940
Defendant, James Pickup, 1 DuPont Circle NW, Washington, D.C. 20036, and 1000 3st St.,
Aspen, Co. 81611. JamesPickup@aspeninstitute.org  Phone:  970-925-7010, 970-544-
7940
The Honorable Madeleine Albright, Former Secretary of State, United States of America, 1101
New York Ave., N.W. Suite 900, Washington, D.C. 20005 Phone: 202-842-7222,
Fax: 202-370-3577
Paul F. Anderson, Booz/Hamilton & Company, 109 Ave of the Americas #25B, New York, NY
10036, Phone:  917 305-8000
Mercedes Bass, 201 Main St. 3200, Ft. Worth, Texas 76102-3134, Phone:  817-390-8400 Fax:
817-390-8788
Berl Bernhard, 203 N. LaSalle, St. Chicago, Illinois, 606-1293 Phone 312-368-4000 Fax: 312-
236-7516
Melva Bucksbaum, 945 Madison Ave. 75th St., New York, N.Y. 10021 Phone:  212-570-3633
Miguel "Mike Bezos, 7683 Southeast 27th St. Suite 224, Mercer Island, WA. 98040,
Phone 206-275-2048
Stephen L. Carter, Yale Law School, P.O. Box 208215, New Haven, CT 06520
William T. Coleman, 400 S. Hope St. Los Angeles, CA (need zip code) Phone 213-430-6000
Robert D. Blackwell, Member of the Board, Belfer Center for Science and Intl. Affairs, John F.
Kennedy School of Government, 79, John F. Kennedy St. Cambridge, MA 02138
Richard Braddock, Former Director of Fresh Direct 23-30 Borden Ave, Long Island City, New
York 11101, Phone 718-928-1000, Fax:  718-433-0648
John Brademas, 665 Broadway, New York, NY 10012 Phone 212-998-4500
William D. Budinger, 728 E. Francis St., Aspen, Co. 811611
Lester Crown, Box 1248, Aspen, Co. 81612 Phone:  970-925-1220
Peter Cundill, 1055 Georgia St. W. Vancouver, BC, V6E3P3, Canada, Ph. 604-601-8300
Andrea Cunningham, Palo Alto Office, 175 Forest Ave. Palo Alto, CA 9430 Phone 650-323-
2966 Fax: 650-323-2967
Tarun Das, The Mantosh Sondi Centre 23, Institutional Area, Lodi Road, New Delhi – 110 003
India,  Phone 91 11 45771000 / 2462994 -7 Fax 91 11 24626149
Kenneth L. Davis, 1425 Madison Ave. New York, NY 10029, Phone 212-659-8888
Fax:  212-659-9800
William L. Davis, 16668 La Maida St. Encino, CA. 91436 Phone 818-382-3850
Anna Deavere Smith, Performance Studies Tisch School of Arts, 194 Mercer St. Room 515F
New York, N.Y. 10012-1502 Phone 212-992-8826

*A*

Al Dietch, 11640 Arbor ST. Suite 301, Omaha, NE. 68144 and P.O. Box 128 Woody Creek,
Colorado, 81656 and Best Year Yet, LLC Aspen Business Center, Suite 312G Aspen,
Co., 81611

John Doerr, 2750 Sand Hill Rd. Menlo Park, CA 94025 Phone 650-233-2750

William H. Donaldson, P.O. Box 1275, Washougal, WA, 98671 Phone 360-280-2321

Thelma Duggin, Doer Marine, 1650 Tysons Boulevard Suite 900, McLean, VA 22101 703-286-
1400

Sylvia A. Earle, 1827 Clement Ave., Alameda, CA 94501 Phone 510-530-9388 Fax: 510-749-
8377

Michael D. Eisner, 500 S. Buena Vista St., Burbank, CA. 91521-9722  Phone: 818-560-1000,
and 233 S. Beverly Dr. Fi2 Beverly Hills, CA. 90212 Phone: 310-228-6804

L. Brooks Entwistle, Everstone Capital Asia Pte. Ltd. 250 North Bridge Road, #12-03 Raffles
City Tower, Singapore, 179101

Diana Farrell, Chief Executive Officer, JP Morgan Chase Institute, 601 Pennsylvania Ave., N.W.
7th Floor, Suite 700, Washington, D.C. 20004  Phone 212-270-6000

James L. Ferguson, 133 Saratoga Rd. Bldg. X Unit 1, Glenville, N.Y. 12302 Phone 518-280-
9862

Leonard Fischer, Winterthur Museum, Garden & Library, 5105 Kennett Pike, Wilmington, DE,
19735  Phones 800-448-3883, 302-888-4600

Sandra Day O'Conner, Independence Mall 525 Arch St. Philadelphia, PA 19106, Phone 215-
409-6600

Ann Hudson Frasher,  Javelina Partners, 616 Texas St., Fort Worth, Texas 7776102-4612 Phone
817-336-7109 and 750 Castle Creek Dr., Aspen, Co. 81611 Phone 970-925-8269

Jerome P. Huret, Crestview Partners, 667 Madison Ave.10th Floor, New York, N.Y. 10065
Phone 212-906-0700

Robert Hurst, Managing Director, 667 Madison Ave. 10th Floor, New York, NY. 10065, Phone
212-906-0700 (call to see the best address to use)

David Gergen, John F. Kennedy School of Government, Mail Box 124, 79 JFK St.
Cambridge, MA 02138

Henrietta Holsman, Holsman Intl., 600 New Hampshire Ave., N.W. Suite 650, Washington,
D.C., 20037 Phone:  202-965-1340

Gerald Hosier, Box 12354, Aspen, Co. 81612, Phone:  970-948-8815

Nina Rodale Houghton, 400 South 10th St. Emmaus, PA 18098, Phone:  800-848-4735

Shirley Hufstedler, Sr. of Counsel, Morrison &Forester, 707 Wilshire Blvd., Los Angeles, CA,
90017-3543 Phone 213-892-5804

Jerome Hurst, 20-22 rue des Petits-Hotels, 75010 Paris, France Phone: 33 1 73 03 04 81
Fax:  33 1 73 03 04 83

Richard N. Gardner, Columbia Law School, 435 West 116th ST., JGH Room 824, New York,
NY 10027 richard.gardner@law.columbia.org

6

Michael Pebereau, Aspen Institute, France, 33-1-73-03-04-81 (call Pat Zindulka to get complete address)

Jacqueline Grapin, 1001 Connecticut, Ave. N.W. Suite 220, Washington, D.C. 20036, Phone 202-895-1670

Gerald Grenwald, 555 Theodore Fremd Ave. Rye, N.Y. 10580, Also, Gerry and Glenda Grenwald, Box _____, Aspen, Co. 81612

Patrick W. Gross, The Lovell Group, 1725 1st St, N.W., Washington, D.C. 20006-2423 Phone: 724-940-9030

Jane Harman, Woodrow Wilson, Intl. Center for Scholars, Ronald Reagan Bldg. and Intl. Trade Center, One Woodrow Wilson Plaza – 1300 Pennsylvania, Ave. N.W. Washington, D.C., 20501 Phone: 202-691-4000and 429 North Church St. Spartunberg, N.C. 29303

Hayne Hipp, 429 North Church St. Spartanburg, S.C. 29303 Phone 864-597-4266 and 1 DuPont Circle, N.W. #700 Washington D.C. 20036 Phone 202-736-5800

Irvine O. Hockaday, Jr., 2501 McGee St. Kansas City, MO 64108 Phone: 816-274-5111

Mircea Geonana, President, Romanian Senator, c/o Pat Zindulka, 1000 N. 3$^{rd}$St., Aspen, Co. 81611, Phone: 970-925-7010, 970-544-7940

Alma L. Gildenhorn, John F. Kennedy Center for the Performing Arts, 27 F. St. N.W., Washington, D.C. 20566

Corine Flick, Convoco gemeinnutzgie Stiftungs, Brienner Strabe, 80333, Muchen, Germany Get complete address from Pat Zindulka, Asst. Director.

Henrietta Holsman Fore, U.S. Dept. of State, 2201 C. St. N.W., Washington, D.C. 20520 Phone 202-647-4000

Ann Frasher Hudson, 616 Texas St., Fort Worth, Texas 76102-4612, Phone 817-336-7109, Also 750 Castle Creek Dr., Aspen, Co. 81611. 970-925-8269.

Stephen Friedman, 20 Horseneck Lane, Greenwich, CT 06830-6327 Phone 203-862-2900 Fax 202-625-8357

Lynda Resnick, 11444 West Olympic Blvd. Los Angeles, CA 90064 Phone 310-966-5700

Elaine Pagels, Ph.D., Professor of Religion, Princeton University, Princeton, N.J. 08544

Ann McLaughlin Korologos, 211 Midland Ave. Basalt, Co. 81621, Phone 970-927-9668 And 1776 Main St., Santa Monica, CA, 90401-3208

Margot Pritzker, 71 S. Wacker Dr. Ste. 4600, Chicago, Ill 60606

Leonard Lauder, 767 5th Ave. Lobby 1, New NY, 10153 Phone 212-572-4200

David H. Koch, P.O. Box 2256, Wichita, Ks. 67201-2256 And 516 Madison Ave., New York, NY. 10017 (call to confirm NY address) See brown leather addresses book that Don Bird disallowed from the jail

Sultan, Bandar bin, c/o Willie Jordan, 418 E. Cooper St., Aspen, Co. 81611 &601 New Hampshire Ave. N.W., Washington, D.C. 20037Phone 202-342-3800

Laura and Gary Lauder, 767 5th Ave. Lobby 1, New York, NY. 10153 and Fax: 650-323-2171

Gerald Levin, Director, 237 Park Ave. New York, N.Y. 10017 800-759-0190

Timothy K Krauskopf, 720 39th St., Downers Grove, Il. 60515 Phone 800-759-0190

Yotaro Kobayashi, HCI Equity Partners IDS Center 800 South 8th St. , Suite 4508 Minneapolis, MN 55402 Phone 1-800-275-9376

Tricia Nichols, Heir to Quest Laboratories, Inc., 393 Madison St. Denver, Co. 80206

Her Majesty Queen Noor, 17-21 Emerald St., 2nd Floor, London, England WC1N 3QN, UK

Mortimer B. Zukerman, Director-Lincoln Center for the Performing Arts., 10 Lincoln Center Plaza, New York, N.Y. 10023Phone 617-236-3300 FAX 302-655-5049

Alice Young, Esq., Kaye Scholer, LLP, Suites 3806-3811, CITIC Square, 1168 Nanjing XI Rd. Shanghai, 200041, Phone 8621-2208-3600 Fax 8621-2208-3700 and Chairman, U.S. News, Suite 1900, 800 Boylston St., Boston, MA 02199

Jamshyd Godrej, Distribution Solutions, Electricals and Electronics Division, Godrej & Boyce Manufacturing Co., Ltd. Pirojsha Nagar, Vikhroili Mumbai, 400079, India

Frederick B. Whitmore, Kaye Scholer, LLP, Suites 308-3811, CITIC Square, 1168 Nanjing XI Rd., Shanghai, 20004 Phone 8621-22-8-3600 Fax: 8621-2208-3700

Clifton R. Wharton, Jr., Futurefoms. com, 1585 Broadway New York, NY, 10036, Phone 212-761-4000

Dolores Wharton, P.O. Box 1259, Charlotte, N.C. 28201 and 1616 Rhode Island Ave. N.W. Washington, D.C. 20036, Phone 202-887-0200 (call for correct address).

Leslie H. Wexner, 1616 Rhode Island, Ave. N.W. Washington, D.C. 20036 and 8000 Walton Pkwy Ste. 100, New Albany, OH 43054 and The Limited B.O. Box 182651, Columbus, OH 43054 (call for correct address 1-877-583-1963)

Vin Weber, The Limited, B.O. Box 182651, Columbus, OH 43218-2651 Phone 877 583-1963

Jack Valenti, 701 8th St. N.W. # 650, Washington, D.C. 20001 and World Head Quarters, 1600 1st. St. N.W., Washington, D.C. 20006

Giulio Tremonti, Piazza Navona 114, Rome, Italy, 00186, Phone 39-06-4546891 Fax: 39-06-679-6377, Rome, Italy

Laurie M. Tisch, Illumination Fund, 156, W. 56th ST. Suite 2001, New York, N.Y, 10019 Phone 212-792-9900

Shashi Tharoor, Board of Overseers, Fletcher School of Law and Diplomacy, 160 Packard Ave. Medford, MA 02155, Phone: 617-627-3700

Talbot Phillips, New York N.Y. 10027 Phone 212-288-6400 (call to confirm address)

Cynthia Suthers, 3011 Broadway, New York, N.Y.10027, Phone 212-288-6400 (call to confirm address)

Andrew L. Stern, ALS2267@gmail.com, Phone 212 851-9506 Ronald O. Perelman Senior Fellow, The Richard Paul Richman Center for Business Law, and Public Policy, Columbia Business School, Uris Hall, 2M1-1, 3022 Broadway, New York, NY 10027

Robert Steel, Chairman of the Board, 1 DuPont Circle NW, Washington, D.C. 20036, c/o James Pickup and Pat Zindulka, Zinduka@aspeninstitute.org, Phone 212-336-1500 (call to confirm address)

Carlo Scognamiglio, 1000 N. 3rd St., Aspen, Co. 81611 (to Pat Zindulka to forward)

Michelle Smith, SeaChange Capitol Partners, 1385 Broadway, 23rd Floor, New York, NY,
10018 Phone 703-769-1023.

Albert Small, President Robert H. Smith Family Foundation, 2345 Crystal Dr. Arlington,
VA.22202-48-1 Phone 301-215-7997 (call for accurate address)

Isaac O. Shongwe, South Africa, 27-11-802-7424, 7501 Wisconsin Ave. Bethesda, M.D. 20814

Lt. General Brent Scowcroft, Private Bag 27, Gallo Manor 202, Montgomery Building 900 17th
St. N.W. #500, Washington, D.C. 20006 Phone 202-296-9312

Lloyd G. Schermer, 201 N. Harrison St., Davenport, IA 52801 Phone: 563-383-2100

Jay Sanrich, 1133 21st, St. N.W., Washington, D.C. 20006, Phone: 202-331-8467

Ricardo Salinas, President and CEO Grupo Periferico Sue # 4121, Col. Fuentes del Pedregal,
C.P. 14141 Mexico, D.F. Phone: 01-55-1720-1313

Warren B. Rudman, 1285 Ave. of the Americas, New York, N.Y. 10019-6064, Phone: 212-373-
2548 (call to confirm address)  Phone: 01-55-1720-1313

Jim Rogers, Chairman, 505, de Maisonneuve Blvd. West, Lobby, Montreal, (Quebec), Canada,
H3A 3C2 Also: 1285 Avenue of the Americas, New York, NY10019-6064 Phone 212-
373-2548

The Honorable Condoleezza Rice, former Secretary of State, Hoover Sr. Fellow, Dept. of
Political Science, Hoover Institution, Stanford, California, 94305-6010

Peter A. Reiling, c/o James Pickup, 1 DuPont Circle. N.W. # 700, Washington, D.C. 20007
202-736-5800 (phone for address confirmation)

Michael K. Powell, 1000 1st St. District of Columbia, Washington, D.C. 20036

Margot Pritzker, 71 S. Wacker Dr., Suite 4600, Chicago, Illinois, 60606 Phone 312-750-8400

Charles Powell, Capital Generation Partners LLP, Berkeley Square, London, W1J6 United
Kingdom Phone 01-44-20754315

Thomas R. Pickering, 2318 Kimbro ST. Alexandria, Va. 22307 Phone 703-660-8727

John J. Phelan, Jr., 11 Wall St. New York, NY, 10005 Phone 212-656-3000

Bonnie Palmer McCloskey, Box 7846, Aspen, Co. 81612, Phone 970-925-3206

Jacqueline Novogratz, CEO, 76 Ninth Ave. Suite 315, New York, NY 10011 Phone 212-566-
8821

Joseph Nye, JFK School of Law and Government, Mail Box 124 Room T162, 79 JFKennedy St.
Cambridge, MA. 021138 617-495-1123

Olara A. Otunnu, 301 E. 57th ST. New York, NY 10022

Hisashi Owada, Peace Palace, Carnegieplein 2, 2517 KJ, The Hague, The Netherlands
Phone 31 (0)70 302 23 23

Kartheinz Muhr, 11 Madison Ave, New York, NY 10010 Phone 212-325-2000

Clare Munana, 5 S. Wabash Ave. Chicago, Ill. 60603 Phone 312-219-2455

Eleanor Bunin Munroe, Inc., 400 East 55th St. New York, NY 10022 Phone 212-688-0759

Roberto H. Murray, 870 United Nations Plaza, New York, NY 10011 Phone 303-209-7333

Marc Nathanson, Chairman, The United Nations Bldg. 870 United Nations Plaza, New York,
NY 10011 Phone 303-209-7333

8

William A. Nitze, 28001 Clarendon Blvd., Suite 100, Arlington, VA. 22201, Phone, 888-998-
    4743 or 703-   667-7000 FAX:  703 667 7001

David McCormick, Bridgewater Associates, One Glendinning Place, Westport, CT, 06880
    Phone 203-226-3030

Anne Welsh McNulty, 295 Penry Road, Delaware, OH, 43015, Phone: 740-363-4045 Also
    Naples, Fl. Address

Steven F. McWinter 5500 E. Yale Ave., Suite 300, Denver, Co. 80222

Oliver Mellerino, 140 Caspian Cr., Sunnyvale, CA. 94089

Jerry Murdock, 680 5th Ave. 8th Floor, New York, 10019, Phone 212-230-9200

Martin Meyerson, Room 150, Franklin Bldg., 3451 Walnut St., Philadelphia, PA 19104-6291
    Phone: 215-898-6636

Gerald M. Levin, Director-Hachette Book Group, 237 Park Ave., New York, NY,  10017,
    Phone 800-759-0190

Roderick K. Von Lipsey, Morgan Stanley, 1585 Broadway, New York, NY 10036
    Phone 1-(888) 454-3965

Fredrick V. Malek, Equity Partners, 1730 Pennsylvania Ave., N.W. Washington, D.C. 20305,
    Phone 202-371-0150 Fax: 215-299-5998

Robert H. Malott, please call for street address, Philadelphia, PA, 19103, Phone 215-299-6000,
    Fax: 215-299-5998

James M. Manyida, 55 E. 52nd St., New York, NY, 10011 Phone: 212-446-7000

John P. Mascotte 225 North Michigan Ave., Chicago, Ill. 60601

William E. Mayer, Park Avenue Equity Partners, 1 Ease 52nd ST. 3rd Floor, New York, NY
    10011 Phone 212-758-4446

Yotaro Kobayashi, HCI Equity Partners, 1033 Skokie Blvd. Suite 260, Norbrook, Il, 600622101
    4th Ave., Suite 1750, Seattle, WA 10281 Phone 206-902-9100 FAX: 206-902-9101 and
    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 and 866-800-8906, Fax: 206-902-9101 and Phone 617-247-0122.

William N. Joy, 2750 Sand Hill Rd. Melono Park, CA 94025 Phone: 650-233-2750

The Honorable Condoleezza Rice, Former Secretary of State, United States of America, Dept. of
    Political Science, Hoover Institution, Stanford, California, 94305-6010

Laurie M. Tisch, Laurie M. Tisch Illumination Fund, 156 W. 56th St. Suite 2001, New York, NY
    10019 Phone 212-792-9900

Nicholas Burns, Director, Littauer 374 John F. Kennedy School of Government 79 JFK St.
    Cambridge, MA 02138 Phone 617-495-2495

Ann McLaughlin Korologos, 1776 Main St., Santa Monica, CA. 90401-3208 Phone 310-393-
    0411    Fax 310-393-4818 also, 1085 Midland Ave. Art Gallery, Basalt, Co. 81615 and
    390 Sopris Mtn.  Ranch Rd., Basalt, Co. 81615

Timothy K. Krauskopf, 720 39th St. Downers Grove, Ill 60515 Phone 630-240-8503

Eleanor Merrill, Editor, Publisher Washington Magazine, Honorary Co Chairman,1828 L. St.
    N.W. Washington, D.C. 20036 Phone 202-407-9330

4

Paul A Volcker, Honorary Co-Chairman, World Justice Project, 1025 Vermont Ave., N.W, Suite 1200, Washington, D.C. wjp@world justiceproject.

Mortimer B. Zuckerman, Chairman, U.S. News, Suite 1900, 800 Boylston St. Boston, MA, 02199, Phone: 617-236-3300 Fax: 203-6555 049 and Director-Lincoln Center for the Performing Arts, 10 Lincoln Center Plaza, New York, New York 10023 Phone: 212-875-5456

**Copies to these persons who are Not Defendants**: The Honorable Loretta Lynch, U.S. Attorney General, U.S. Dept. of Justice, 950 Pennsylvania Ave. N.W. Washington D.C. 20503

President Barack Obama, and Vice President Joe Biden, The White House, 1600 Pennsylvania Ave., Washington, D.C. 20500

Robert Moossey, Civil Rights Division, Criminal Section, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530

Cynthia Coffman, Attorney General, State of Colorado, 1300 Broadway, Denver, Co. 80203 720-508-6000

Governor, John Hickenlooper, State of Colorado, 136 Capitol Blvd., Denver, Co. 80203

John Sarpa, Atty. At Law, 845 Meadows Dr., Aspen Institute Townhomes, Aspen, Co., 81611

Steve Clemons, Editor, The Atlantic, The Watergate, 600 New Hampshire Ave. N.W. Washington, D.C., 20037

Beth Brooke-Marciniak, 1814 Saucon Valley Rd. Bethlehem, PA 18015

Marie A. O'Raurke, Victim Ombudsman in Federal Court, 950 Pennsylvania Ave. Room 2252, Washington, D.C. 20530-0001

Unity Intl., 1901 N.W. Blue Parkway, Unity Village, MO. 64065-0001

Peace:World HQ, 0001 1600 1st St. N.W., Washington, D.C. 20001

Paul Gordon, Atty. at Law, 101 Yale Ave., Denver, Co. 80606

Brice A. Tondre, Atty. at Law, 215 Wadsworth Blvd., Lakewood, Co. 80226

Rector Bruce McNab, 2nd Park Plaza Rd., Bozeman, MT, 59715-9343

Rachel Maddow, MSNBC, 101 Park Ave. New York, N.Y. 10026

Anderson Cooper, CNN, 110 Madison Ave., New York, Y.Y. 10025

Kate Kendall, and Shannon Minter, the National Center for Lesbian Rights, (NCLR) 870 Market St. #370, San Francisco, Calif. 94102-3091

Antonio Romero, ACLU, Box 96266, Washington, D.C. 20077-7486

Chad Griffin, Human Rights Campaign, Box 98098, Washington, D.C., 20077-7081

Peggy Tosmic, Atty. at Law, Salt Lake City, Utah, 50612 and the National Center for Lesbian Rights, (NCLR) 870 Market St. #370, San Francisco, Calif. 94102-3091

Alan Fletcher, 100 Mountain Laurel Ct., Aspen, Co. 81611

Molly Kehoe, Social Worker, Jan Hamilton's Cancer Grant, Rifle, Co. 970-945-3075

All Defendants will be served by U.S. Mail at their home, work or frequently attended places.The 2 address books of this dying inmate are blocked and although the jail rules allow inmates to have 2 address books Don Bird has blocked them.  Please allow

Please refer to the Codes Established for Each Defendant Showing how the Defendant Violated the Plantiffs Constitution right Depriving Her of her Rightful Freedom items 1-132

Jennifer Causing: Wife of Peter Waanders
When Peter Waanders filed the complaint in 14M143 (now 15cr30044) on appeal at District Court he was so angry that he listed his wife & 2 children to also be listed as protected parties. Then linkend connect me to her without my invitation or request. I was able to show the mistake with email records so the Contempt of Court that Jennifer Causing filed case 15M137 was dismissed. I have now filed Habeus Corpus to case 14M143. I am incarcerated for 64 months due to the bias and prejudice with sexual orientation discrimination by the Peter Waanders family in his retaliation when I, in good faith filed a civil rights complaint case against him. Therefore, I'm naming Jennifer Causing to have violated the same civil & constitutional rights as Peter Waanders. Violations: 1-38, 42-43, 49, 52-53, 56, 61, 63-64, 66-68, 97, 99, 110(a,b), 100, 113, 114, 120, 121, 125, 131.


Nicholas Vessey Preacher from Aspen Chapel:
Attorney Beth Kruelwitch represented Aspen Chapel in a restraining order mediation hearing ordered by Judge Paul Metzger,

based on a restraining order filed by Catharine
Ann Provine, the Chapel Administrator and
spiritual director. Atty. Kruelwitch failed to
grant any form of compromise, to find common
ground. Judge Metzger "stayed" the case to
allow more communication with Nickolas
Vessey the new minister from England. Ms.
Kruelwitch spoke with Cynthia Bourgault the
associate pastor who stated "No" Jan B.
Hamilton cannot return to the Aspen Chapel
for any reason, weddings, funerals, art gallery,
yet the basement is a art gallery, a place of
public accommodation, and therefore a breach
of both freedom of religion to be banned
from the sanctuary and the hospitality area.
The constitutional violations are: 1-38, 40-44,
49-58, 61-68, 71-72, 96-100, 110(a)(b) 111-114, 119, 120, 121, 124.
125-131.


Cynthia Bourgault, Ph.D. Religious Leader: The
first incident occurred at the home of Tricia
Nichols as Aspen was planning the Intl. Women's
Peace Conference at the Doerr-Hosier Bldg. Ns
Dr. Hamilton was assisting Merrill Ford in a
wheelchair up 3 steps to the living room from
the area where the food was served Tricia

Cynthia Bourgault continued:
Came to her and asked her to leave. Greg
Anderson and Cynthia Bourgeault were near,
Jan Hamilton went to them to relay what
just occurred and say goodbye. While there
Tricia Nichols came and repeated her demand
and Jan Hamilton immediately departed. There-
after at the spiritual class Jan went to Tricia,
to apologize and seek reconciliation—again
Tricia went into a state of rage. Jan Hamilton
called the police. She went to the hospital
emergency room where they examined her
for excessive vaginal bleeding, once she
was released, she returned to the class
at the chapel and finished the series of
classes on "Mary Magdelene". Then a letter
came from Gregg Anderson filed now
with the courts for harassment and
discrimination at the church. Cynthia
Bourgault has not returned to teach
more classes. Jan has seen Tricia once
at a Christmas Concert at Christ Episcopal
Church where Cynthia Bourgault was
banned and asked to step down in her
role as Episcopal priest. The case is
now with Beth Kruelwitch and Catharine
Anne Provine. Violations are: 1-38, 40-44

49-58, 61-68, 71-72, 96-100, 110(a)(b), 111, 114, 119, 120, 121, 124, 125-131. Dr. Hamilton has written all involved to find a place of common ground and reconciliation. Beth Kruelwitch has said that Catharine Ann Provine will have her arrested if she comes to the church or calls or makes any further contact.

Administrative Counsel Aspen Chapel & Beth Kruelwitch: See narrative for Nicholas Veessey and Cynthia Bourgault. Constitutional Violations are 1-38, 40-47, 49-58, 61-68, 71-72, 96-100, 110(a)(b), 111, 114, 119, 120, 121, 124, 125-131.

Mike Nickerson, Minister at Community Methodist Church, Aspen. Ralph Melville met with Mike Nickerson to tell him about the lesbian relationship between Jan B. Hamilton and Nancy Lee Wall to see if the church would be involved in her "healing to be cured of being a lesbian". Jan was in charge of finding a church to hold the gay weddings at Gay/Lesbian Ski week 2015. When she asked about the church for all but particularly for a lesbian couple from Denver. Mike Nickerson became very "red in

the face but carefully contained his rage. Later
Jan learned that Mike Nickerson violated her
"Right to Privacy Act" constitutional rights and
the Clergy confidentiality laws. Nancy Lee
Wall later used his breach of law 125-132,
by now filing this case in Federal District
Court, although the two women have shared
matching engagement rings since 2006 they
wish to remain "closeted". The actions of
Ralph Melville in his efforts to "cure" Dr.
Hamilton have now reached criminal
constitutional breaches of Dr. Hamilton
and her fiances belief that God loves
all the same gay and straight. Constitutional
Violations as shown in a letter filed with
the Aspen Police are: 1-38, 40-44, 49-58, 61-68,
71-72, 96-110, 110(a)(b), 111, 114, 119, 120, 121, 124, 125-131.

Administrative Counsel Aspen Community
Methodist Church: Mike Jahn, Chair, Don
Bird, David _____, Fonda Patterson, Jon
Busch and others. See narrative of Mike
Nickerson to include Ralph Melville in these
Violations to the Colorado Constitution
and U.S. Constitutions, treaties, statutes
and ordinances: 1-38, 40-44, 49-58, 61-68, 71-72,
with Elaine _____, and the Colorado Bishops office,

_Aspen Community Methodist Church Ad Counsel cont._
96-110, 110(a)(b), 111, 114, 119, 120, 121, 124, 125-131.

_Katharine Jefferts Sherrits, New York, U.S._
_Dioces, Episcopal Church of the United States:_
With the alleged criminal charges filed by
Rector Jonathan Brice, his Asst, Shirley Tipton and
Peter Waanders resulting in 64 months
sentenced in the Pitkin County Jail, Jan
B. Hamilton (after exhausting all efforts to
reconcile, both locally and at the State
Office in Denver to no avail) prevailed
upon the Natl. Office in New York. She
now files for Justice and Religious
Freedom by filing criminal constitutional
violations with the Natl. Bishop. The
following constitutional violations
have been deemed to breach many God
given freedoms: 1-38, 40-44, 49-58, 61-68,
71-72, 96-100, 110(a)(b), 111, 114, 119, 120, 121, 124, 131.
Refer to narrative for Rob McNiell, Colo. Bishop,
Jonathan Brice, Aspen Rector, Shirley Tipton his
Asst, Vestry, Aspen and Peter Waanders narrative.

_Blanca O'Leary: Chairwoman of the Democratic_
_Party, Pitkin County:_ Jan B Hamilton has been
very active in the political arena serving on

national committees under 3 presidents (U.S.) and in Texas. When she moved to Colorado and attended caucuses, ralleys, parades, door to door, she was nominated to be a "Hillary Delegate" to the 2008 Democratic Convention in Colo. Springs, and voted on the floor of the convention. However, when Wendy Davis, canditate for Texas Governor came to Aspen Blanca O'Leary sent an email Jan Hamilton that she would not be welcome at this event. Then, JBH was removed from the Democratic Party mailing list and was refused admittance to the caucus held at the Mountain Chalet, the hodge owned by Ralph Melville, therefore blocking her U.S. Constitutional right to vote. JBH filed a complaint with the Civil Rights Commisson and the U.S. Dept. of Justice, Loretta Lynch, U.S. Attorney General. Dr. Hamilton's complaint reached the White House and endorsement by President Bacark Obama lends strength to her complaint which also includes reports of brutality by Aspen Police. Ms. O'Leary has now been asked to step down as Chair of the Democratic Party in Pitkin County. Constitutional violations include: 1-38-40 to 44, 49-58, 61-68, 71-72, 96-100, 110(a)(b), 111, 114, 119, 120, 121, 124-131.

Paul Chiester, former property manager of rental property on
Cooper St. owned Camilla Sperling and later in the home
of a friend where she was a house guest. On Dec. 19, 2014
Dr. Hamilton a cancer patient was in the hospital
dining room after having fasting blood work done in
the lab. She got a bowl of soup and sat down but
Paul Cheister who seemed to be enebriated or high
on marajuana screamed "When did you get out of jail,
you better be glad that I'm not going to break
your arm! No one likes you, leave Aspen and never
come back, she went back for a spoon then returned
to the table where she had also left Christmas
gifts to her doctors. She went over and said,
"Peace Paul & Merry Christmas. Paul shouted to Jay
Lester, "don't shake her hand - she's no good!"
She moved to another area of the cafeteria and
called security officer Penny Hatter, anknown to
her, Penny called the police, she was arrested on Dec.
23, 2014 and her former husband bonded her out
by paying 10% of the bond, $3000.00 so she could
spend Christmas with their grand children.
Jeff Fain & Zah Ritchie arrested her for false
reporting. Obviously Jeff Fain belived the disengen-
uous account by Paul Chiester, now she is
seeking monetary relief from this abusive act.
Constitutional violations include: 1-38, 40-44,

<u>Paul Chiester Continued:</u>
49-58, 61-68, 71-72, 96-100, 110(a)(b), 111, 114, 119, 120, 121, 124-131.

Members of the Elks Club: Shirley Tipton with
bias and prejudice tampered with a witness in the
trial 14M30 demanding that Bill Evans who is
a witness in other trials (commenced based on
false reporting by Shirley Tipton) not be allowed
admittance into the Elks Club. The vote by the
Board to open their by-laws regarding discrim-
ination is here by requested in this case before
the Federal District Court: Constitutional viol-
ations: 1-38, 40-44, 49-58, 61-68, 71-72, 96-100, 110(a)(b),
111, 114, 119, 120, 121, 124-131.


<u>Rick Carroll, Reporter Previous Editor of the Aspen</u>
<u>Daily News, now Aspen Times, & Aspen Times Corporate</u>
<u>Headquarters, Bd. of Trustees & Owner Bob Brown.</u>
When Jan B. Hamilton opened her practice in Colo.
She officed in the building that also housed the
Vail Daily Newspaper owned by the current owner
of the Aspen Times. Due to bias and prejudice by
Rick Carroll he singled out lesbian Jan B. Hamilton
after the first arrest of her life at 1st Baptist
Church and began to showcase and sensationalize
this unfortunate revelation of what she and her
future wife had planned to keep private in a

Rick Carroll continued:

closeted relationship. Rick Carroll has refused
the monthly requests for 10 years to cease and
desist. His reporting with false accusations
of felony convictions in the spring of 2015
reached a level of unacceptability warranting
this lawsuit to recovery monetary losses and
damages. There are no felony convictions on the
court records. Rick Carroll has committed
malicious perjury causing bodily harm to an
at risk elderly protected Colorado citizen,
Evans v. Romer, (1996) along with these additional
constitutional violations: 1-38, 40-44, 49-58,
61-68, 71-72, 96-100, 110(a)(b), 111, 114, 119, 120, 121, 124-131.


Montview Manor, Presbyterian Sr. Living, Denver:
The negative newspaper stories by Rick Carroll
showcasing the arrest at 1st Baptist Church
orchestrated by Ralph & Marian Melville when
Betty Cipriano reported the lesbian relationship
of Jan B. Hamilton and Nancy Lee Wall reached
Gerry Sullivan at a St. Patrick's Day Dinner
at St. Mary's Catholic Church where Joanna
Green with libel, slander and malice attacked
and accosted Dr. Hamilton who was serving
food as a volunteer. This and the new knowledge
that Jan B. Hamilton is a lesbian created an

<u>Montview Manor continued:</u>

unwelcome stigma that Gerry Sullivan shared
with Pat Harper, Mgr. Thereafter Dr. Hamilton
stayed in the Montview Manor guest room instead
of in Gerry's spare bedroom for her cancer treatments
at Swedish Hospital. Carol Luckenbaugh helped
transport JBH to and from the hospital. When Pat
Harper learned of the Lesbian Lifestyle of JBH
she thereafter prohibited her to visit the Montview
Manor, and blocked her being allowed to get on the
waiting list for rental or purchase of a 2 bedroom
unit. JBH appealed to the Board of Trustees and
filed a sexual orientation discrimination complaint
with the housing division of the Civil Rights
Commission-Dept. of Regulatory Agencies for the
State of Colorado. The complaint is on appeal with
the 10 commissioners and filed with the U.S. Dept.
of Justice, U.S. Attorney General. Constitutional violations
were previously expressed to Don Goe, Chair of the Bd.
of Directors and Montview Presbyterian Church who
sponsors the Sr. Living Center where Dr. Hamilton has
been denied housing. Violations: 1, 3, 4, 5, 6, 8, 9, 10, 11, 12,
15, 18, 19, 20, (Pat Harper), 22, 23, Discrimination in housing,
25, 26, 27, 31, 34, 37, 38, (Pat Harper, Don Goe), 40(a,c,d), 43,
52, 53, 56, 57, 59, 60, 61, 62, 63, 64 (tax exempt status of
Montview Manor) 66, 68, Montview Presbyterian Church,
70, 71, 110, 115, 121, 125, 128, 129, 130, 131. Rage of the
Mgr. and Chair of the Bd. unacceptable.

Pat Harper, Mgr of Montview Manor, See previous narrative and constitutional violations which the Bd. of Directors, supported in Pat Harpers homophobia.

Pat Marquis, Real Estate Agent Sotheby's Intl.: July 15 2013 Pat Marquis emailed an invitation to Jan B. Hamilton to view property she had listed for sale at 777-787 Castle Creek Dr, Aspen, Co. 81611. This was the home of Charles R. Wall, the brother of Nancy Lee Wall, whose second home in Aspen was occupied 4 to 6 weeks a year due to his busy law practice as Chief Counsel of Phillip Morris Intl. also based in Laussane, Switzerland, His older sister Nancy Lee Wall and Jan B. Hamilton fell in love in 2001 and spent many happy hours in the home participating in remodeling and furnishing 787 purchased in 2001. So JBH knew the property and the level of care maintained by Charles R. Wall and his sister Nancy Lee Wall. Jan B. Hamilton has an extended family of 30 including her 3 sons, grandchildren (6) and siblings, So she invited the family to come to Aspen to view the property as an investment, a family retreat and a place for their mother to live. However, Pat Marquis refused to schedule a showing saying "I know of the

problems the Walls have had with Jan Hamilton,
referring to the demand by 1st Baptist Church
for Jan B. Hamilton to undergo "Conversion
Therapy" to be "cured of being a Lesbian," which
neither Charles R. Wall participated in. Pat Marquis
also attended 1st Baptist. That is where Jan B
Hamilton first met Pat Marquis introduced by
Jean Trausdale, Jan & Nans "spiritual mom."

After many requests by phone and email by Jan
Hamilton to Ms. Marquis firmly refused to show
the property to the Hamilton Family. When Dr.
Hamilton filed a complaint with the Civil
Rights Commission for discrimination of creed,
religion & sexual orientation Pat Marquis in retal-
ition filed for a restraining order, then filed
criminal harassment charges (admitting that
the Hamilton had made multiple efforts to view
the home before school started in late August.
The home sold before the Hamilton's were
ever permitted to view the property on Oct. 2, 2013.
Then JBH hoped that they could buy from the
new owners Ralph & Lynn Whipple. So she called
Craig Morris to inquire but he was in Europe
and recommended that Jan call Pat Marquis
to check the status. JBH did so but again Pat
Marquis refused so Mark Haldeman and later

Candace Whipple allowed viewing. In March of 2015 the remodeled property had not sold. The Hamilton's are on a waiting list to rent 777 Castle Creek Dr. for February of 2016.

The criminal trial for JBH accused by Pat Marquis for harassment will be tried Sept. 3-4, 2015 in Judge Paul Metzger's Court in Glenwood Spgs. Colorado. JBH has filed for losses and damages in Federal Court in case 1:15-cv-01107. Pat Marquis has violated the following constitutional rights of JBH: 1, 4, 5, 6, 8, 9, 10, 11, 13, 14 (emails) 15, 17, 18, 19, 20, 21, 22, 23 (discrimination in housing CRS 24-34-501 to 509, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40 (a, c, d) 42, 43, 44, 49, 50, 52, 53, 56, 57, 61, 63, 64, 65, 69, 70, 71, 72, 73, Judge Metzger, 96, 97, 98, 104, 106, 107 (her attorney) 110 (b), 113, 114, 116, 124, 125 (Steve Woodrow), 128, 129, 131.

Sotheby's Real Estate Intl.: See narrative regarding Pat Marquis to include Boulder Atty Jordan May for perjury, fraud, torture, obstruction of justice, and Marcia Waters who failed to uphold Colorado Revised Statutes. Same constitutional violations apply.

Trustees of the Aspen Institute due to ruling by Judge Paul Metzger that they are the employers of Peter Waanders in case 14M143 (15cv30044) See attached white typed pages

Aspen Institute Board of Trustees, continued:
    At the Summer Celebration for the Society of
Fellows in 2013 and again in October when Jan B. Hamilton,
Society of Fellows Member since 2000 was brutally
accosted by the new Society of Fellows Director of the
Society of Fellows replacing Steven Wickes, wonderful,
hospitable host of events for many years. Peter
Waanders became aware of the "outed" Lesbian
relationship between Nancy Lee Wall and Jan B.
Hamilton that commenced in 2001 when Rotarian
Ralph Melville recommended that she be dropped
from her membership and brutally orchestrated
placing her on "Conversion Therapy" classes to
be "cured of being a Lesbian or be arrested.
This illegal, unconstitutional homophobia
reached the courts when Bill Linn, Asst. Chief
of Police Aspen enforced under the Color of Law
the decision of "Religious Extremists" to humiliate
Dr. Hamilton with false arrest at 1st Baptist
Church May 22, 2005 after she successfully
completed a year of tortuous classes under the
instructions of Brunhilda Schoffler a clerk in
Carl Bergman's Miners Bldg. on Main St. in Aspen.
    It was the first arrest of her life. The story
was featured by Rick Carroll of the Aspen Daily
News now writing for Aspen Times. This began a
10 year cascade of false arrests with the goal to

"run her out of town", back to her ranch and attorney husband in Texas. She sought reconciliation at Easter and Lent based upon spiritual guidance from Father Bruce McNab, Rector, Christ Episcopal Church, 536 North St, Aspen, Co. but the "Religious Extremists" considered her emails to be 26 alleged felonies dismissed May 31, 2013 by Judge James B. Boyd.

In October of 2013 She was enrolling in a class in the Paepcke Bldg, "Athens to Aspen" paying her enrollment fees and getting reading materials when Peter Waander's burst from the library in a state of rage demanded that she leave the premises and brutally escorted her to the door. Thereafter, a letter came from James Pickup that she would be arrested if she entered any property belonging to the Aspen Institute. This followed the complaint she filed with the Civil Rights Commission with arrest for harassment charges filed by Peter Waanders filed against her naming his whole family; his wife and two children that she met briefly at Christ Episcopal months before. The sexual orientation, creed and religious discrimination she expressed in the civil rights complaint are genuinely warranted. She has been sentenced to over 5 years in the Pitkin County Jail where her

cancer medications were locked in the jail
basement. She was incarcerated March 6, 2015
based upon another criminal case filed by
Peter Waanders 15 M 137 dismissed June 1st, 2015
due to lack of probable cause. The abusive,
excessive bond was set at $30,000.00 cash.

   She has sought peaceful reconciliation in
letters to the Board of Trustees of the Aspen
Institute and Aspen Institute prior to Atty.
James Pickup prior to the filing of this law
suit in Federal District Court not only
naming Peter Waanders and James Pickup
but the entire Board of Trustees for the
following violations to her constitutional
rights. Therefore each member of the
Life Trustees and Board supporting Peter
Waanders in his criminal assaults with
malice, torture and conspiracy are now named
as defendants in this Federal case. Every effort
has been made to reconcile prior to this filing
in the spirit of the Mission Statement of
common ground in the face of diversity. She
was transferred to Park County Jail after
she unsuccessfully demanded her cancer meds.
She is being held in isolation 23 out of 24 hours
a day. The violations to her constitutional

rights include: 1st Amendment Freedom of Religion and right exercise free speech and assemble peaceably. Please refer to the coded legand: 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 15, 16, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40(c,d), 42, 43, 44, 45, 49, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 70, 96, 97, 104, 110(a,b), 113, 114, 115, 119, 120, 121, 124, 129 (indirect), 130, 131.

The name and address of each member of the Bd. of Trustees and Lifetime Trustees that Judge Paul Metzger ruled in case 14M143 now 15-cv-36044 appealed to the 9th Judicial District Court of Judge Nichols to be Peters Waanders employer are in attached pages A-G. Unknown addresses will be sent to Aspen Institute Attorney James Pickup. All listed Aspen Institute Trustees and Lifetime Trustees are considered Defendants in case 1:15-cv-01107 CBS currently docketed in the Federal District Court, 901 19th St. Room A105, Alfred A. Arraj Bldg. Denver, Co. 80294-3589. Phone 303-844-3433 Fax: 303-335-2714

www.cod.uscourts.gov

Respectfully submitted, Jan B. Hamilton, Pres. & CEO Nutritional Biomedicine.com, Box 8458, Aspen Co 81612 and Park County Jail, Box 965, Fairplay, Co. 80440  719-836-4093

office as reported by Don Bird to Jan Hamilton in the holding cell during one of many tortuous private sessions held throughout her false incarceration.

Clerk of the Court
Federal District Court in Denver
The Argari Building Room 105
409 19th St.
Denver, Co. 80294

Courtesy copies to:
Pitkin County Clerk, Jonna Goldstone
506 E. Main St.
Aspen, Co. 81611

DEFENDANTS:
Judge James B. Boyd
Garfield County Court House
109 8th St.
Glenwood, Co. 81601

Judge Paul Metzger
Garfield County Court House
109 8th St.
Glenwood Springs, Co 81601

Andrea Bryan, Jason Staubauch, Deputy DA
506 E. Main St. Basement
Aspen, Co. 81611

Judge Erin Ely, Pitkin County
506 E. Main St.
Aspen, Co. 81611

Judge John Petoskey, 9th Judicial District
Rifle, Co.

Judge Denise Lynch, 9th Judicial District
109 8th St.  Garfield County Court House
Glenwood Springs, Co. 81601

Judge Frank Plaut, Retired Homophobic, Biased, Sr. Judge Assigned to case 11 CV 186

Send to his home address, Evergreen, Co.

Bill Campbell, Executive Director, and the members of the Colorado Commission on
Judicial Discipline, 1300 Broadway, Suite 210, Denver, Colorado, 80203
Phone 303-457-5131 Fax:  303 501-1143

Jim Coyle, Executive Director, James S. Sudier, Chief Deputy Regulation Counsel, Matthew
Samulson, Chief Deputy Regulation Counsel, Lisa E. Frankel, Clerk, Timothy J. O'Neill, E.
James Wilder- Jacob M. Vos, Alan C. Obye;  Staff Attorneys, Colorado Supreme Court, Atty.
Regulation Counsel, Supreme Court of Colorado, 1300 Broadway Suite 500, Denver, Co. 80203

Don Bird, Sara Roush, Beverly Campbell, Lee Leibmann, Deborah Kendricks, Ben Legall,
Nicholas Fierra, Matt Forrester, Joe DiSolva, Jon Peacock, County Atty. JohnEly, all county
commissioners, and all persons who have been a party to the blockage of cancer meds to inmate
Jan B. Hamilton,  Pitkin County Jail, 506 E. Main St., Aspen, Co. 81611

Joe Kraebacher, Steve, Woodrow, Derek Brown, Dan Bosko, Blake Appleby, Brunhilde
Schloffer, David Mason, Sharon Barnes, Pat Marquis, Betty Cipriano, Bill Hodges, Crossroads
Church, 526 W. Frances St., Aspen, Co. 81611

Arnold Mordkin, Box 6940, former Deputy DA, Snowmass Village, Co. 81615

Sarah and Leonard Oates, John Steven Johnston, 533 E. Hopkins Ave., Aspen, Co. 81611

Bill Hodges, Box 146, Aspen, Co. 81612

Lawson H. Wills, 801 Colorado Ave. Glenwood Springs, Co. 81601

Tom Smith, APCHA attorney, Tom McCabe, Cindy Tucker/Davis, Cindy Christianson,
New Director, Thomas Koscosky, 600 E. Hopkins Ave. 2nd Floor, Aspen, Co. 81611
And 203 Hyman Ave., Aspen, Co. 81611

*Ralph Melville*

Mike Nickerson, Don Bird, Fonda Patterson, Mike Jahn, Fonda Patterson, and the
Administrative Council of the Aspen Community Methodist Church, 200 E. Bleeker St., Aspen,
Co. 81611, Phone:  970-925-5017

Catharine Ann Provine, Cynthia Bourgault, Ph.D., K.P. Knipe, Tricia Nichols, Minister John
Veessey, Beth Krulewitch, All administrative council and other leadership roles of the Prince of
Peace Chapel, the Administrative Board of the Jewish and Protestant sectors of the Aspen
Chapel, 77 Meadowwood Rd., Aspen, Co. 81611. Phone:  970-925-7184

Ralph and Marian Melville, 1260 Snowbunny Lane, Aspen, Co. 81611 Phone: 970-925-7683

Carl and Katie Bergman, and all employees of the Miners Bldg. and Carl's Pharmacy, Box 1365, Aspen, Co. 81611 Phone: 970-925-7199

Becky Ayers, the Administrative Board and Rector of St. Peter's Episcopal Church, Bishop Rob O'Neill and Bishop Katharine Jefferts and the Arch Bishop of Canterbury of London England. 200 Elk Run Dr. Basalt, Co. 81612. Phone: 970-927-4235

Judge Frank Plaut, Retired Homophobic, Biased, Sr. Judge Assigned to case 11 CV 186
Sent to his home address (when Don Bird allows my address books into the jail as before)
Evergreen, Co. 622 Mount Evans Rd, Golden, Co. 80401-9626

Arnold Mordkin, Box 6940, former Deputy DA, Snowmass Village, Co. 81615 Phone: 970-923-5797

William V. Hodges the 3rd, 1036 Red Mtn. Rd., Box 146, Aspen, Co. 81612
Phone: 970-925-2458

Lawson H. Wills, Atty. 801 Colorado Ave. Glenwood Springs, Co. 81601 Phone: Phone: 970-945-6600

James R. True, 215 S. Monarch St. Aspen, Co. 81611, Phone: 970-925-1202

Tom Smith, Attorney at Law, 600 E. Hopkins Ave., Aspen, Co. 81611 Phone: 970-925-2600

Jonathan Brice, Shara Brice, Shirley Tipton, Peter Waanders, Jennifer Causing, Jessica Salet, Juan Sanchez, Margo Gardner, Massey Morris, and the individual members of the Vestry of Christ Episcopal Church, Rob O'Neill, Colorado Dioceses Bishop, Katharine Jefferts, National Bishop in New York and the Arch Bishop of Canterbury in London, 536 North St., Aspen, Co. 81611, Phone: 970-925-3278

Pat Marquis to include Sotheby's Intl. Real Estate, 415 Hyman Ave., Aspen, Co. 81611, Phone 970-925-4200.

Blanca O'Leary, and all other members of the Democratic Party who served when Dr. Hamilton was discriminated against and her vote was blocked at the caucus held at the Mountain Chalet, 1500 Silver King Dr., Aspen, Co. 81611, Phone: 970-920-4969

Shirley Tipton, Cemetery Lane, Aspen, Co. 81611 (sent to Christ Episcopal Church)  Phone: 970-925-3278

Peter Waanders and Jennifer Causing, sent to the Aspen Institute, 1000 N. 3rd St., Aspen, Co. 81611 Phone:  970-925-7010.

Lynn and Ralph Whipple, Owner of the property, 777 Castle Creek Dr., Aspen, Co. 81611 Phone 970-925-2842

Joanna Green, c/o Garth McCarty, 801 Colorado Ave., Glenwood Springs, Co. 81601 Phone: 970-945-6600

Paul Chester, 100 N. Frances St. Aspen, Co. 81611

Pam and John Fisher, 122 Northway Dr., Aspen, Co. 81611 Phone 970-925-2484

Don and Jill Westerlind, 390 Apple Cr. Basalt, Co. 81621 Phone:  970-927-3724

Brunhilde Schloffer, 120 Riverside Dr., Basalt, Co. 81621 Phone:  970-927-6414

Blake Appleby, 314 Aspen Airport Business Center, Aspen, Co. 81611 970-925-1908

Kim Scheuer and Dewayne Neibur, Aspen Medical Care, 101 Founders Place, Suite 109, Obermeyer Place, Aspen, Co. 81611 Phone:  970-920-0104

Gail King, M.D., 605 W. Main St. #103, Aspen, Co. 81611 Phone:  970-925-8005

Craig Melville, and all employees of the Mountain Chalet, 333 E. Durant, Aspen, Co. 81611 Phone 970-925-7797

Walter Chi, 506 E. Main St. Aspen, Co. 81611 Phone:  970-920-5400

Ian McCayel, 506 E. Main St., Aspen, Co. 81611 970-920-5400

**Trustees of the Aspen Institute, Robert Steel, Chair of the Board of Trustees** c/o James Pickup Attorney, 1000 N 1st. St., Aspen, Co. 81611Phone:  970-925-7010 also to 1 DuPont Circle, N.W., Washington, D.C.  20036, Phone 202-736-5800

For accurate updated addresses: Contact Pat Zindulka, 1000 1st St., Aspen, Co. 81611 970-925-7010, and also 1 DuPont Circle NW, Washington, D.C. 20036, Zindulka@aspeninstitute.org

Defendant, Pat Zindulka, 1 DuPont Circle NW, Washington, D.C. 20036, and 1000 1st St., Aspen, Co. 81611. Zindulka@aspeninstitute.org  Phone:  970-925-7010, 970-544-7940

Defendant, James Pickup, 1 DuPont Circle NW, Washington, D.C. 20036, and 1000 1st St., Aspen, Co. 81611. JamesPickup@aspeninstitute.org  Phone:  970-925-7010, 970-544-7940

The Honorable Madeleine Albright, Former Secretary of State, United States of America, 1101 New York Ave., N.W. Suite 900, Washington, D.C. 20005 Phone: 202-842-7222, Fax: 202-370-3577

Paul F. Anderson, Booz/Hamilton & Company, 109 Ave of the Americas #25B, New York, NY 10036, Phone:  917 305-8000

Mercedes Bass, 201 Main St. 3200, Ft. Worth, Texas 76102-3134, Phone:  817-390-8400 Fax: 817-390-8788

Berl Bernhard, 203 N. LaSalle, St. Chicago, Illinois, 606-1293 Phone 312-368-4000 Fax: 312-236-7516

Melva Bucksbaum, 945 Madison Ave. 75th St., New York, N.Y. 10021 Phone:  212-570-3633

Miguel "Mike Bezos, 7683 Southeast 27th St. Suite 224, Mercer Island, WA. 98040, Phone 206-275-2048

Stephen L. Carter, Yale Law School, P.O. Box 208215, New Haven, CT 06520

William T. Coleman, 400 S. Hope St. Los Angeles, CA (need zip code) Phone 213-430-6000

Robert D. Blackwell, Member of the Board, Belfer Center for Science and Intl. Affairs, John F. Kennedy School of Government, 79, John F. Kennedy St. Cambridge, MA 02138

Richard Braddock, Former Director of Fresh Direct 23-30 Borden Ave, Long Island City, New York 11101, Phone 718-928-1000, Fax:  718-433-0648

John Brademas, 665 Broadway, New York, NY 10012 Phone 212-998-4500

William D. Budinger, 728 E. Francis St., Aspen, Co. 81611

Lester Crown, Box 1248, Aspen, Co. 81612 Phone:  970-925-1220

Peter Cundill, 1055 Georgia St. W. Vancouver, BC, V6E3P3, Canada, Ph. 604-601-8300

Andrea Cunningham, Palo Alto Office, 175 Forest Ave. Palo Alto, CA 9430 Phone 650-323-2966 Fax: 650-323-2967

Tarun Das, The Mantosh Sondi Centre 23, Institutional Area, Lodi Road, New Delhi – 110 003 India,  Phone 91 11 45771000 / 2462994 -7 Fax 91 11 24626149

Kenneth L. Davis, 1425 Madison Ave. New York, NY 10029, Phone 212-659-8888 Fax:  212-659-9800

William L. Davis, 16668 La Maida St. Encino, CA. 91436 Phone 818-382-3850

Anna Deavere Smith, Performance Studies Tisch School of Arts, 194 Mercer St. Room 515F New York, N.Y. 10012-1502 Phone 212-992-8826

Al Dietch, 11640 Arbor ST. Suite 301, Omaha, NE. 68144 and P.O. Box 128 Woody Creek,
   Colorado, 81656 and Best Year Yet, LLC Aspen Business Center, Suite 312G Aspen,
   Co., 81611

John Doerr, 2750 Sand Hill Rd. Menlo Park, CA 94025 Phone 650-233-2750

William H. Donaldson, P.O. Box 1275, Washougal, WA, 98671 Phone 360-280-2321

Thelma Duggin, Doer Marine, 1650 Tysons Boulevard Suite 900, McLean, VA 22101 703-286-
   1400

Sylvia A. Earle, 1827 Clement Ave., Alameda, CA 94501 Phone 510-530-9388 Fax: 510-749-
   8377

Michael D. Eisner, 500 S. Buena Vista St., Burbank, CA. 91521-9722  Phone: 818-560-1000,
   and 233 S. Beverly Dr. Fi2 Beverly Hills, CA. 90212 Phone: 310-228-6804

L. Brooks Entwistle, Everstone Capital Asia Pte. Ltd. 250 North Bridge Road, #12-03 Raffles
   City Tower, Singapore, 179101

Diana Farrell, Chief Executive Officer, JP Morgan Chase Institute, 601 Pennsylvania Ave., N.W.
   7th Floor, Suite 700, Washington, D.C. 20004  Phone 212-270-6000

James L. Ferguson, 133 Saratoga Rd. Bldg. X Unit 1, Glenville, N.Y. 12302 Phone 518-280-
   9862

Leonard Fischer, Winterthur Museum, Garden & Library, 5105 Kennett Pike, Wilmington, DE,
   19735  Phones 800-448-3883, 302-888-4600

Sandra Day O'Conner, Independence Mall 525 Arch St. Philadelphia, PA 19106, Phone 215-
   409-6600

Ann Hudson Frasher,  Javelina Partners, 616 Texas St., Fort Worth, Texas 7776102-4612 Phone
   817-336-7109 and 750 Castle Creek Dr., Aspen, Co. 81611 Phone 970-925-8269

Jerome P. Huret, Crestview Partners, 667 Madison Ave.10th Floor, New York, N.Y. 10065
   Phone 212-906-0700

Robert Hurst, Managing Director, 667 Madison Ave. 10th Floor, New York, NY. 10065, Phone
   212-906-0700 (call to see the best address to use)

David Gergen, John F. Kennedy School of Government, Mail Box 124, 79 JFK St.
   Cambridge, MA 02138

Henrietta Holsman, Holsman Intl., 600 New Hampshire Ave., N.W. Suite 650, Washington,
   D.C., 20037 Phone:  202-965-1340

Gerald Hosier, Box 12354, Aspen, Co. 81612, Phone:  970-948-8815

Nina Rodale Houghton, 400 South 10th St. Emmaus, PA 18098, Phone:  800-848-4735

Shirley Hufstedler, Sr. of Counsel, Morrison &Forester, 707 Wilshire Blvd., Los Angeles, CA,
   90017-3543 Phone 213-892-5804

Jerome Hurst, 20-22 rue des Petits-Hotels, 75010 Paris, France Phone: 33 1 73 03 04 81
   Fax:  33 1 73 03 04 83

Richard N. Gardner, Columbia Law School, 435 West 116th ST., JGH Room 824, New York,
   NY 10027 richard.gardner@law.columbia.org

Michael Pebereau, Aspen Institute, France, 33-1-73-03-04-81 (call Pat Zindulka to get complete
address)

Jacqueline Grapin, 1001 Connecticut, Ave. N.W. Suite 220, Washington, D.C. 20036, Phone
202-895-1670

Gerald Grenwald, 555 Theodore Fremd Ave. Rye, N.Y. 10580, Also, Gerry and Glenda
Grenwald, Box ____, Aspen, Co. 81612

Patrick W. Gross, The Lovell Group, 1725 1st St, N.W., Washington, D.C. 20006-2423 Phone:
724-940-9030

Jane Harman, Woodrow Wilson,  Intl. Center for Scholars, Ronald Reagan Bldg. and Intl. Trade
Center, One Woodrow Wilson Plaza – 1300 Pennsylvania, Ave. N.W. Washington, D.C.,
20501  Phone: 202-691-4000and 429 North Church St. Spartunberg, N.C. 29303

Hayne Hipp, 429 North Church St. Spartanburg, S.C. 29303 Phone 864-597-4266 and 1 DuPont
Circle, N.W. #700 Washington D.C.  20036 Phone 202-736-5800

Irvine O. Hockaday, Jr., 2501 McGee St. Kansas City, MO 64108 Phone:  816-274-5111

Mircea Geonana, President, Romanian Senator, c/o Pat Zindulka, 1000 N. 1st St., Aspen, Co.
81611, Phone:  970-925-7010, 970-544-7940

Alma L. Gildenhorn, John F. Kennedy Center for the Performing Arts, 27 F. St. N.W.,
Washington, D.C. 20566

Corine Flick, Convoco gemeinnutzgie Stiftungs, Brienner Strabe, 80333, Muchen, Germany
Get complete address from Pat Zindulka, Asst. Director.

Henrietta Holsman Fore, U.S. Dept. of State, 2201 C. St. N.W., Washington, D.C. 20520
Phone 202-647-4000

Ann Frasher Hudson, 616 Texas St., Fort Worth, Texas 76102-4612, Phone 817-336-7109, Also
750 Castle Creek Dr., Aspen, Co. 81611. 970-925-8269.

Stephen Friedman, 20 Horseneck Lane, Greenwich, CT 06830-6327 Phone 203-862-2900
Fax 202-625-8357

Lynda Resnick, 11444 West Olympic Blvd. Los Angeles, CA 90064 Phone 310-966-5700

Elaine Pagels, Ph.D., Professor of Religion, Princeton University, Princeton, N.J. 08544

Ann McLaughlin Korologos, 211 Midland Ave. Basalt, Co. 81621, Phone 970-927-9668
And 1776 Main St., Santa Monica, CA, 90401-3208

Margot Pritzker, 71 S. Wacker Dr. Ste. 4600, Chicago, Ill 60606

Leonard Lauder, 767 5th Ave. Lobby 1, New NY, 10153 Phone 212-572-4200

David H. Koch, P.O. Box 2256, Wichita, Ks. 67201-2256
And 516 Madison Ave., New York, NY. 10017 (call to confirm NY address)
See brown leather addresses book that Don Bird disallowed from the jail

Sultan, Bandar bin, c/o Willie Jordan, 418 E. Cooper St., Aspen, Co. 81611 &601 New
Hampshire Ave. N.W., Washington, D.C. 20037Phone 202-342-3800

Laura and Gary Lauder, 767 5th Ave. Lobby 1, New York, NY. 10153 and Fax: 650-323-2171

Gerald Levin, Director, 237 Park Ave. New York, N.Y. 10017 800-759-0190

Timothy K Krauskopf, 720 39th St., Downers Grove, Il. 60515 Phone 800-759-0190

Yotaro Kobayashi, HCI Equity Partners IDS Center 800 South 8th St. , Suite 4508 Minneapolis,
    MN 55402 Phone 1-800-275-9376

Tricia Nichols, Heir to Quest Laboratories, Inc., 393 Madison St. Denver, Co. 80206

Her Majesty Queen Noor, 17-21 Emerald St., 2nd Floor, London, England WC1N 3QN, UK

Mortimer B. Zukerman, Director-Lincoln Center for the Performing Arts., 10 Lincoln Center
    Plaza, New York, N.Y. 10023Phone 617-236-3300 FAX 302-655-5049

Alice Young, Esq., Kaye Scholer, LLP, Suites 3806-3811, CITIC Square, 1168 Nanjing XI Rd.
    Shanghai, 200041, Phone 8621-2208-3600 Fax 8621-2208-3700 and Chairman, U.S.
    News, Suite 1900, 800 Boylston St., Boston, MA 02199

Jamshyd Godrej, Distribution Solutions, Electricals and Electronics Division, Godrej & Boyce
    Manufacturing Co., Ltd. Pirojsha Nagar, Vikhroili Mumbai, 400079, India

Frederick B. Whitmore, Kaye Scholer, LLP, Suites 308-3811, CITIC Square, 1168 Nanjing XI
    Rd., Shanghai, 20004 Phone 8621-22-8-3600 Fax: 8621-2208-3700

Clifton R. Wharton, Jr., Futurefoms. com, 1585 Broadway New York, NY, 10036, Phone 212-
    761-4000

Dolores Wharton, P.O. Box 1259, Charlotte, N.C. 28201 and 1616 Rhode Island Ave. N.W.
    Washington, D.C. 20036, Phone 202-887-0200 (call for correct address).

Leslie H. Wexner, 1616 Rhode Island, Ave. N.W. Washington, D.C. 20036 and 8000 Walton
    Pkwy Ste. 100, New Albany, OH 43054 and The Limited B.O. Box 182651, Columbus,
    OH 43054 (call for correct address 1-877-583-1963)

Vin Weber, The Limited, B.O. Box 182651, Columbus, OH 43218-2651 Phone 877 583-1963

Jack Valenti, 701 8th St. N.W. # 650, Washington, D.C. 20001 and
    World Head Quarters, 1600 1st. St. N.W., Washington, D.C. 20006

Giulio Tremonti, Piazza Navona 114, Rome, Italy, 00186, Phone 39-06-4546891 Fax: 39-06-
    679-6377, Rome, Italy

Laurie M. Tisch, Illumination Fund, 156, W. 56th ST. Suite 2001, New York, N.Y, 10019 Phone
    212-792-9900

Shashi Tharoor, Board of Overseers, Fletcher School of Law and Diplomacy, 160 Packard Ave.
    Medford, MA 02155, Phone: 617-627-3700

Talbot Phillips, New York N.Y. 10027 Phone 212-288-6400 (call to confirm address)

Cynthia Suthers, 3011 Broadway, New York, N.Y.10027, Phone 212-288-6400 (call to confirm
    address)

Andrew L. Stern, ALS2267@gmail.com, Phone 212 851-9506 Ronald O. Perelman Senior
    Fellow, The Richard Paul Richman Center for Business Law, and Public Policy,
    Columbia Business School, Uris Hall, 2M1-1, 3022 Broadway, New York, NY 10027

Robert Steel, Chairman of the Board, 1 DuPont Circle NW, Washington, D.C. 20036, c/o James
    Pickup and Pat Zindulka, Zinduka@aspeninstitute.org, Phone 212-336-1500 (call to
    confirm address)

Carlo Scognamiglio, 1000 N. 3rd St., Aspen, Co. 81611 (to Pat Zindulka to forward)

Michelle Smith, SeaChange Capitol Partners, 1385 Broadway, 23rd Floor, New York, NY,
10018 Phone 703-769-1023.

Albert Small, President Robert H. Smith Family Foundation, 2345 Crystal Dr. Arlington,
VA.22202-48-1 Phone 301-215-7997 (call for accurate address)

Isaac O. Shongwe, South Africa, 27-11-802-7424, 7501 Wisconsin Ave. Bethesda, M.D. 20814

Lt. General Brent Scowcroft, Private Bag 27, Gallo Manor 202, Montgomery Building 900 17th
St. N.W. #500, Washington, D.C. 20006 Phone 202-296-9312

Lloyd G. Schermer, 201 N. Harrison St., Davenport, IA 52801 Phone: 563-383-2100

Jay Sanrich, 1133 21st, St. N.W., Washington, D.C. 20006, Phone: 202-331-8467

Ricardo Salinas, President and CEO Grupo Periferico Sue # 4121, Col. Fuentes del Pedregal,
C.P. 14141 Mexico, D.F. Phone: 01-55-1720-1313

Warren B. Rudman, 1285 Ave. of the Americas, New York, N.Y. 10019-6064, Phone: 212-373-
2548 (call to confirm address)  Phone: 01-55-1720-1313

Jim Rogers, Chairman, 505, de Maisonneuve Blvd. West, Lobby, Montreal, (Quebec), Canada,
H3A 3C2 Also: 1285 Avenue of the Americas, New York, NY10019-6064 Phone 212-
373-2548

The Honorable Condoleezza Rice, former Secretary of State, Hoover Sr. Fellow, Dept. of
Political Science, Hoover Institution, Stanford, California, 94305-6010

Peter A. Reiling, c/o James Pickup, 1 DuPont Circle. N.W. # 700, Washington, D.C. 20007
202-736-5800 (phone for address confirmation)

Michael K. Powell, 1000 1st St. District of Columbia, Washington, D.C. 20036

Margot Pritzker, 71 S. Wacker Dr., Suite 4600, Chicago, Illinois, 60606 Phone 312-750-8400

Charles Powell, Capital Generation Partners LLP, Berkeley Square, London, W1J6 United
Kingdom Phone 01-44-20754315

Thomas R. Pickering, 2318 Kimbro ST. Alexandria, Va. 22307 Phone 703-660-8727

John J. Phelan, Jr., 11 Wall St. New York, NY, 10005 Phone 212-656-3000

Bonnie Palmer McCloskey, Box 7846, Aspen, Co. 81612, Phone 970-925-3206

Jacqueline Novogratz, CEO, 76 Ninth Ave. Suite 315, New York, NY 10011 Phone 212-566-
8821

Joseph Nye, JFK School of Law and Government, Mail Box 124 Room T162, 79 JFKennedy St.
Cambridge, MA. 021138 617-495-1123

Olara A. Otunnu, 301 E. 57th ST. New York, NY 10022

Hisashi Owada, Peace Palace, Carnegieplein 2, 2517 KJ, The Hague, The Netherlands
Phone 31 (0)70 302 23 23

Kartheinz Muhr, 11 Madison Ave, New York, NY 10010 Phone 212-325-2000

Clare Munana, 5 S. Wabash Ave. Chicago, Ill. 60603 Phone 312-219-2455

Eleanor Bunin Munroe, Inc., 400 East 55th St. New York, NY 10022 Phone 212-688-0759

Roberto H. Murray, 870 United Nations Plaza, New York, NY 10011 Phone 303-209-7333

Marc Nathanson, Chairman, The United Nations Bldg. 870 United Nations Plaza, New York,
NY 10011 Phone 303-209-7333

William A. Nitze, 28001 Clarendon Blvd., Suite 100, Arlington, VA. 22201, Phone, 888-998-
4743 or 703-   667-7000 FAX:  703 667 7001

David McCormick, Bridgewater Associates, One Glendinning Place, Westport, CT, 06880
        Phone 203-226-3030

Anne Welsh McNulty, 295 Penry Road, Delaware, OH, 43015, Phone: 740-363-4045 Also
        Naples, Fl. Address

Steven F. McWinter 5500 E. Yale Ave., Suite 300, Denver, Co. 80222

Oliver Mellerino, 140 Caspian Cr., Sunnyvale, CA. 94089

Jerry Murdock, 680 5th Ave. 8th Floor, New York, 10019, Phone 212-230-9200

Martin Meyerson, Room 150, Franklin Bldg., 3451 Walnut St., Philadelphia, PA 19104-6291
        Phone: 215-898-6636

Gerald M. Levin, Director-Hachette Book Group, 237 Park Ave., New York, NY,  10017,
        Phone 800-759-0190

Roderick K. Von Lipsey, Morgan Stanley, 1585 Broadway, New York, NY 10036
        Phone 1-(888) 454-3965

Fredrick V. Malek, Equity Partners, 1730 Pennsylvania Ave., N.W. Washington, D.C. 20305,
        Phone 202-371-0150 Fax: 215-299-5998

Robert H. Malott, please call for street address, Philadelphia, PA, 19103, Phone 215-299-6000,
        Fax: 215-299-5998

James M. Manyida, 55 E. 52nd St., New York, NY, 10011 Phone: 212-446-7000

 John P. Mascotte 225 North Michigan Ave., Chicago, Ill. 60601

William E. Mayer, Park Avenue Equity Partners, 1 Ease 52nd ST. 3rd Floor, New York, NY
        10011 Phone 212-758-4446

Yotaro Kobayashi, HCI Equity Partners, 1033 Skokie Blvd. Suite 260, Norbrook, Il, 600622101
        4th Ave., Suite 1750, Seattle, WA 10281 Phone 206-902-9100 FAX: 206-902-9101 and
        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 and 866-800-8906, Fax: 206-902-9101 and Phone 617-247-0122.

William N. Joy, 2750 Sand Hill Rd. Melono Park, CA 94025 Phone: 650-233-2750

The Honorable Condoleezza Rice, Former Secretary of State, United States of America, Dept. of
        Political Science, Hoover Institution, Stanford, California, 94305-6010

Laurie M. Tisch, Laurie M. Tisch Illumination Fund, 156 W. 56th St. Suite 2001, New York, NY
        10019 Phone 212-792-9900

Nicholas Burns, Director, Littauer 374 John F. Kennedy School of Government 79 JFK St.
        Cambridge, MA 02138 Phone 617-495-2495

Ann McLaughlin Korologos, 1776 Main St., Santa Monica, CA. 90401-3208 Phone 310-393-
        0411    Fax 310-393-4818 also, 1085 Midland Ave. Art Gallery, Basalt, Co. 81615 and
        390 Sopris Mtn.  Ranch Rd., Basalt, Co. 81615

Timothy K. Krauskopf, 720 39th St. Downers Grove, Ill 60515 Phone 630-240-8503

Eleanor Merrill, Editor, Publisher Washington Magazine, Honorary Co Chairman,1828 L. St.
        N.W. Washington, D.C. 20036 Phone 202-407-9330

Paul A Volcker, Honorary Co-Chairman, World Justice Project, 1025 Vermont Ave., N.W, Suite
1200, Washington, D.C. wjp@world justiceproject

Mortimer B. Zuckerman, Chairman, U.S. News, Suite 1900, 800 Boylston St. Boston, MA,
02199,  Phone: 617-236-3300 Fax:  203-6555 049 and Director-Lincoln Center for the
Performing Arts, 10 Lincoln Center Plaza, New York, New York 10023 Phone: 212-875-
5456

**Copies to these persons who are Not Defendants**:  The Honorable Loretta Lynch, U.S.
Attorney General, U.S. Dept. of Justice, 950 Pennsylvania Ave. N.W. Washington D.C.
20503

President Barack Obama, and Vice President Joe Biden, The White House, 1600 Pennsylvania
Ave., Washington, D.C. 20500

Robert Moossey,  Civil Rights Division, Criminal Section, 950 Pennsylvania Ave. N.W.,
Washington, D.C. 20530

Cynthia Coffman, Attorney General, State of Colorado, 1300 Broadway, Denver, Co. 80203
720-508-6000

Governor, John Hickenlooper, State of Colorado, 136 Capitol Blvd., Denver, Co. 80203

John Sarpa, Atty. At Law, 845 Meadows Dr., Aspen Institute Townhomes, Aspen, Co., 81611

Steve Clemons, Editor, The Atlantic, The Watergate, 600 New Hampshire Ave. N.W.
Washington, D.C., 20037

Beth Brooke-Marciniak, 1814 Saucon Valley Rd. Bethlehem, PA 18015

Marie A. O'Raurke, Victim Ombudsman in Federal Court, 950 Pennsylvania Ave. Room 2252,
Washington, D.C. 20530-0001

Unity Intl., 1901 N.W. Blue Parkway, Unity Village, MO. 64065-0001

Peace:World HQ, 0001 1600 1st St. N.W., Washington, D.C. 20001

Paul Gordon, Atty. at Law, 101 Yale Ave., Denver, Co. 80606

Brice A. Tondre, Atty. at Law, 215 Wadsworth Blvd., Lakewood, Co. 80226

Rector Bruce McNab, 2nd Park Plaza Rd., Bozeman, MT, 59715-9343

Rachel Maddow, MSNBC, 101 Park Ave. New York, N.Y. 10026

Anderson Cooper, CNN, 110 Madison Ave., New York, Y.Y. 10025

Kate Kendall, and Shannon Minter, the National Center for Lesbian Rights, (NCLR) 870 Market
St. #370, San  Francisco, Calif. 94102-3091

Antonio Romero, ACLU, Box 96266, Washington, D.C. 20077-7486

Chad Griffin, Human Rights Campaign, Box 98098, Washington, D.C., 20077-7081

Peggy Tosmic, Atty. at Law, Salt Lake City, Utah, 50612 and the National Center for Lesbian
Rights, (NCLR) 870 Market  St. #370, San  Francisco, Calif. 94102-3091

Alan Fletcher, 100 Mountain Laurel Ct., Aspen, Co. 81611

Molly Kehoe, Social Worker, Jan Hamilton's Cancer Grant, Rifle, Co. 970-945-3075

All Defendants will be served by U.S. Mail at their home, work or frequently attended places.The 2 address books of this dying
inmate are blocked and although the jail rules allow inmates to have 2 address books Don Bird has blocked them.  Please allow

*Certificate of Service*

Jeffery P. Coldwell, Clerk
Federal District Court
901 19th Room A105
Alfred A. Arraj Bldg.
Denver, Co. 80294-3589

Sent to Defendants on attached white sheets pages
A-G to last known addresses or if unknown
to Attorney James Pickup, 1 Dupont Circle, N.W.
Washington, D.C. 20036 jamespickup@aspeninstitute.org
Phone: 212-336-1500

by: Jan B. Hamilton, Pres. & CEO   (permanent address)
Nutritional Biomedicine.com   no phone or email
Box 8458, Aspen, Co. 81612      (currently available)

Jan B. Hamilton              (current address)
Park County Jail
Box 965                      Please send all mail to both
Fairplay, Co. 80440          addresses until further notice
Phone 719-836-4073

Placed in "Jail (B Bod) Mail" in secure locked box on
Sept. 2, 2015

*Since I have a new arrest in Pitkin County 15M191 I would like to prepare for an unknown pick-up time, if so necessary.*

# PARK COUNTY JAIL
## INMATE PROPERTY RELEASE FORM

INMATE NAME: *Joyce Jan Barton Hamilton*
(Last)          (First)          (Middle)

INMATE DOB: *10-17-41*    HOUSING UNIT: *Isolation*

INMATE ID/DOC #: *00.24384*

On *July 24*, 2015 at *9:00 a.m.* hours,
(Today's date)

I, Inmate *Jan B Hamilton* release to *Deputy Pickery me up*

My property as described below:

**PROPERTY DESCRIPTION:** *All paper and possessions in isolation cell property also on hardstand, gold cross, tennis shoes*

---

*NOTE: YOU MAY NOT RELEASE ANY CLOTHING OR SHOES WITHOUT MAKING PRIOR ARRANGMENTS FOR CLOTHING TO BE WORN WHEN YOU LEAVE. THIS CAN ONLY BE DONE WITH APPROVAL FROM THE CAPTAIN.*

Inmate Signature: *Jan B Hamilton*

Receiving Party Signature: _____

Receiving Party Printed Name: _____
Relationship to inmate: _____

Do the items need to be mailed? (Y)/ N  *Incoming Mail*
Do you have sufficient funds in your account to pay for postage? Y / N (if not then items will not be mailed)
Receiving Party address: *Jan B Hamilton, Box 8458*
*Aspen, Co. 81612*

Items will be picked up from the Park County Jail Yes_____ No. ✓
What Date and Time will the items be picked up? *DNA*

*NOTE: FORM MUST BE COMPLETED AND RETURNED TO A DEPUTY A MINIMUM OF 4 HRS PRIOR TO A VISITOR PICKING UP PROPERTY.*

Staff Signature: _____ Date mailed/picked up: _____

*Please forward - use money in my commissary acct. May I leave $25.00?*