IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01107-LTB

JAN B. HAMILTON,

    Plaintiff,

v.

JAMES B. BOYD, *et al.*,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The "Pleading to Mail Summons to Defendants" (ECF No. 117), filed on December 28, 2015 is DENIED as moot. This action was dismissed on November 12, 2015 and Judgment entered the same day.   The Court denied Plaintiff's Motions for Reconsideration on January 27, 2016.   (ECF No. 120).

Dated:   February 11, 2016